# EXHIBIT "A-4"

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments at $225.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---:|---:|---:|---:|
| West Christensen & Associates | 7,377.50 | 8.42% | 225.00 | 18.95 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 225.00 | 20.93 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 225.00 | 6.50 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 225.00 | 27.32 |
| Internal Revenue Service | 4,839.00 | 5.52% | 225.00 | 12.42 |
| Pentech Financial Services | 18,530.84 | 21.15% | 225.00 | 47.59 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 225.00 | 1.35 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 225.00 | 69.30 |
| CAN | 825.00 | 0.94% | 225.00 | 2.12 |
| Food Source International | 2,103.85 | 2.40% | 225.00 | 5.40 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 225.00 | 10.64 |
| Your Paper Source | 968.22 | 1.10% | 225.00 | 2.48 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$225.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
## Pro Rata Share for Unsecured Creditors in Class 6
## For Payments of $400.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---:|---:|---:|---:|
| West Christensen & Associates | 7,377.50 | 8.42% | 400.00 | 33.68 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 400.00 | 37.20 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 400.00 | 11.56 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 400.00 | 48.56 |
| Internal Revenue Service | 4,839.00 | 5.52% | 400.00 | 22.08 |
| Pentech Financial Services | 18,530.84 | 21.15% | 400.00 | 84.60 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 400.00 | 2.40 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 400.00 | 123.24 |
| CAN | 825.00 | 0.94% | 400.00 | 3.76 |
| Food Source International | 2,103.85 | 2.40% | 400.00 | 9.60 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 400.00 | 18.92 |
| Your Paper Source | 968.22 | 1.10% | 400.00 | 4.40 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$400.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $200.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 200.00 | 16.84 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 200.00 | 18.60 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 200.00 | 5.78 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 200.00 | 24.28 |
| Internal Revenue Service | 4,839.00 | 5.52% | 200.00 | 11.04 |
| Pentech Financial Services | 18,530.84 | 21.15% | 200.00 | 42.30 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 200.00 | 1.20 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 200.00 | 61.62 |
| CAN | 825.00 | 0.94% | 200.00 | 1.88 |
| Food Source International | 2,103.85 | 2.40% | 200.00 | 4.80 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 200.00 | 9.46 |
| Your Paper Source | 968.22 | 1.10% | 200.00 | 2.20 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$200.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $250.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---:|---:|---:|---:|
| West Christensen & Associates | 7,377.50 | 8.42% | 250.00 | 21.05 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 250.00 | 23.25 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 250.00 | 7.23 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 250.00 | 30.35 |
| Internal Revenue Service | 4,839.00 | 5.52% | 250.00 | 13.80 |
| Pentech Financial Services | 18,530.84 | 21.15% | 250.00 | 52.88 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 250.00 | 1.50 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 250.00 | 77.01 |
| CAN | 825.00 | 0.94% | 250.00 | 2.35 |
| Food Source International | 2,103.85 | 2.40% | 250.00 | 6.00 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 250.00 | 11.83 |
| Your Paper Source | 968.22 | 1.10% | 250.00 | 2.75 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$250.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $350.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---:|---:|---:|---:|
| West Christensen & Associates | 7,377.50 | 8.42% | 350.00 | 29.47 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 350.00 | 32.55 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 350.00 | 10.12 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 350.00 | 42.49 |
| Internal Revenue Service | 4,839.00 | 5.52% | 350.00 | 19.32 |
| Pentech Financial Services | 18,530.84 | 21.15% | 350.00 | 74.03 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 350.00 | 2.10 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 350.00 | 107.82 |
| CAN | 825.00 | 0.94% | 350.00 | 3.29 |
| Food Source International | 2,103.85 | 2.40% | 350.00 | 8.40 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 350.00 | 16.56 |
| Your Paper Source | 968.22 | 1.10% | 350.00 | 3.85 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$350.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
## Pro Rata Share for Unsecured Creditors in Class 6
## For Payments of $615.17 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---:|---:|---:|---:|
| West Christensen & Associates | 7,377.50 | 8.42% | 615.17 | 51.80 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 615.17 | 57.21 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 615.17 | 17.78 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 615.17 | 74.68 |
| Internal Revenue Service | 4,839.00 | 5.52% | 615.17 | 33.96 |
| Pentech Financial Services | 18,530.84 | 21.15% | 615.17 | 130.11 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 615.17 | 3.69 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 615.17 | 189.53 |
| CAN | 825.00 | 0.94% | 615.17 | 5.78 |
| Food Source International | 2,103.85 | 2.40% | 615.17 | 14.76 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 615.17 | 29.10 |
| Your Paper Source | 968.22 | 1.10% | 615.17 | 6.77 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$615.17** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $800.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---:|---:|---:|---:|
| West Christensen & Associates | 7,377.50 | 8.42% | 800.00 | 67.36 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 800.00 | 74.40 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 800.00 | 23.12 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 800.00 | 97.12 |
| Internal Revenue Service | 4,839.00 | 5.52% | 800.00 | 44.16 |
| Pentech Financial Services | 18,530.84 | 21.15% | 800.00 | 169.20 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 800.00 | 4.80 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 800.00 | 246.48 |
| CAN | 825.00 | 0.94% | 800.00 | 7.52 |
| Food Source International | 2,103.85 | 2.40% | 800.00 | 19.20 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 800.00 | 37.84 |
| Your Paper Source | 968.22 | 1.10% | 800.00 | 8.80 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$800.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Paymnents of $1,635.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---:|---:|---:|---:|
| West Christensen & Associates | 7,377.50 | 8.42% | 1,635.00 | 137.67 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 1,635.00 | 152.06 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 1,635.00 | 47.25 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 1,635.00 | 198.49 |
| Internal Revenue Service | 4,839.00 | 5.52% | 1,635.00 | 90.25 |
| Pentech Financial Services | 18,530.84 | 21.15% | 1,635.00 | 345.80 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 1,635.00 | 9.81 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 1,635.00 | 503.73 |
| CAN | 825.00 | 0.94% | 1,635.00 | 15.37 |
| Food Source International | 2,103.85 | 2.40% | 1,635.00 | 39.24 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 1,635.00 | 77.34 |
| Your Paper Source | 968.22 | 1.10% | 1,635.00 | 17.99 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$1,635.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $700.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---:|---:|---:|---:|
| West Christensen & Associates | 7,377.50 | 8.42% | 700.00 | 58.94 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 700.00 | 65.10 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 700.00 | 20.23 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 700.00 | 84.98 |
| Internal Revenue Service | 4,839.00 | 5.52% | 700.00 | 38.64 |
| Pentech Financial Services | 18,530.84 | 21.15% | 700.00 | 148.05 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 700.00 | 4.20 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 700.00 | 215.67 |
| CAN | 825.00 | 0.94% | 700.00 | 6.58 |
| Food Source International | 2,103.85 | 2.40% | 700.00 | 16.80 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 700.00 | 33.11 |
| Your Paper Source | 968.22 | 1.10% | 700.00 | 7.70 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$700.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### Total Amount to be Paid Under the Plan

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---:|---:|---:|---:|
| West Christensen & Associates | 7,377.50 | 8.42% | 41,265.17 | 3,474.53 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 41,265.17 | 3,837.66 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 41,265.17 | 1,192.56 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 41,265.17 | 5,009.59 |
| Internal Revenue Service | 4,839.00 | 5.52% | 41,265.17 | 2,277.84 |
| Pentech Financial Services | 18,530.84 | 21.15% | 41,265.17 | 8,727.58 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 41,265.17 | 247.60 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 41,265.17 | 12,713.80 |
| CAN | 825.00 | 0.94% | 41,265.17 | 387.89 |
| Food Source International | 2,103.85 | 2.40% | 41,265.17 | 990.36 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 41,265.17 | 1,951.84 |
| Your Paper Source | 968.22 | 1.10% | 41,265.17 | 453.92 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$41,265.17** |