Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | In Proceeding Under |
| | ) | Chapter 11 |
| The Village Baker LLC | ) | |
| | ) | Case No. 10-15063 RTB |
| Debtor | ) | |
| | ) | PLAN OF REORGANIZATION |
| | ) | |
| | ) | DATED: MARCH 4, 2011. |
| | ) | |
| | ) | |

Debtor, The Village Baker LLC., hereby submits its Plan of Reorganization in accordance with 11 U.S.C. §1121(a).

## I. DEFINITIONS

As utilized in this Disclosure Statement, the following definitions apply to the following terms:

1. "Adequate information" means information that would enable a hypothetical reasonable investor typical of holders of claims or interest of the Debtor's estate, to make an informed judgment about the Debtor's Plan of Reorganization.

2. "Allowed and Approved Claim" shall mean all scheduled claims and to which no objection to the claim having been filed. If an objection to a claim is filed, said claim will be

1

allowed to the extent ordered by the Court.

3. "Bankruptcy Code" shall mean the Bankruptcy Code as set forth in Title 11 of the United States Code.

4. "Bankruptcy Court" shall mean the United States Bankruptcy Court for the District of Arizona.

5. "Confirmation of the Plan" shall mean the entry of an order by the Bankruptcy Court confirming the Plan of Reorganization in accordance with §1129 of the Bankruptcy Code.

6. "Consummation of the Plan" means the accomplishment of all things required or provided for under the terms of the Plan.

7. "Court" shall mean the United States Bankruptcy Court for the District of Arizona.

8. "Creditors" shall mean all persons holding claims for secured and unsecured obligations, liabilities, demands or claims of any nature whatsoever against the Debtor arising at any time prior to confirmation of the Plan and administrative creditors.

9. "Debtor" shall mean the petitioner in the above-captioned Bankruptcy case.

10. "Disclosure Statement" shall mean this Disclosure Statement (hereinafter "Disclosure Statement") filed in this case approved, after notice and a hearing by the Court as being in conformity with §1125 of the Bankruptcy Code or conditional approval as a small business case.

11. "Effective date" shall be the same as the Plan distribution date as set forth herein below.

12. "Petition" means to original Chapter 11 Petition filed by the Debtor.

13. "Plan" shall mean the Plan of Reorganization accompanying this Disclosure Statement as it may be amended, modified and/or supplemented pursuant to which the Debtor proposes payment in whole or in part of creditors' claims.

2

14. "Plan distribution date" shall be 30 days from the date of confirmation and every 30 days thereafter.

15. All other terms not specifically defined by this Disclosure Statement shall have the meaning as designated in §101 of the Bankruptcy Code or, if not contained therein, their ordinary meaning.

## II. CLASSES OF CLAIMS

Administrative Claims.

These claims consist of the expenses of administration of the estate including attorney fees for Debtor's counsel and any unpaid fees to the U.S. Trustee.

Unsecured Claims.

As reflected in the schedules filed by the Debtor, Debtor had general unsecured claims in the amount of $82,276.91. The total amount to be paid to the unsecured creditors under the Debtor's Chapter 11 Plan of Reorganization will be $41,117.96.

Secured Claims.

The original schedules reflect secured debt totaling $44,315.84 which did not include a secured claim for the Internal Revenue Service. The Internal Revenue Service filed a secured claim in the amount of $19,518.66 on June 15, 2010.

Tax Claims.

The schedules filed by the Debtor reflect tax claims in the amount of $30,298.72. However, the Internal Revenue Service filed a priority claim in the amount of $16,179.02 on June 15, 2010.

## III. TREATMENT OF CLAIMS NOT IMPAIRED UNDER THE PLAN

Classes 1,3, 5 and 8 are not impaired under the Plan in that the Plan does not alter the legal

3

or contractual rights to which the holders of such claims are entitled and/or the Bankruptcy Code permits payment over an extended period of time and/or the holder of the claim has agreed to a different treatment. Creditors in Class 7 are disputed and not entitled to vote.

## IV. TREATMENT OF IMPAIRED CLAIMS UNDER THE PLAN

Classes 2, 4 and 6 are impaired Classes under the Plan. All allowed and approved claims or judicially determined claims will receive those amounts as reflected in the payment schedule under the Plan (Article V of the Plan).

## V. PAYMENT SCHEDULE UNDER THE PLAN

The Plan provides for 8 classes of claims to be paid or administered in the following manner:

Administrative Claims (Class 1).

These claims are for the expenses of administration of the estate, including attorney fees for Debtor's counsel and to the U.S. Trustee, if any. The total fees incurred by the Debtor as of February 2, 2011 was $6,268.58 subject to an offset against the initial retainer of $7,500.00. The Debtor believes, at the time that the Debtor's Chapter 11 Plan is confirmed, that there may be an additional administrative expense claim in the approximate amount of $2,500.00. This claim shall be paid in cash, or in the amounts allowed by the Court upon the Plan distribution date unless otherwise agreed to between the Debtors and the administrative creditor. **(This class is not impaired.)**

Secured Claim - Pentech Financial Services (Class 2).

Pentech Financial Services is secured by a lien on a Baxter BXA2G Rack Oven. Pentech Financial shall a secured claim in the amount of $3,000.00 which shall be paid with interest at the rate of 5% per annum as set forth on the Disbursement Schedule, a copy of which is attached hereto as Exhibit "A". Pentech Financial shall have a general unsecured claim in the amount of $18,530.84

4

which shall be paid as a member of Class No. 6. (**This class is impaired**)

<u>Secured Claim - Internal Revenue Service (Class 3).</u>

The Internal Revenue Service shall have a secured claim in the amount of $19,518.66. The Internal Revenue Services' secured claim shall be paid with interest at the statutory rate set forth in I.R.C. §§6621 and 6622 that is in effect during the month that the Plan is confirmed, as required by 11 U.S.C. §511.

The Internal Revenue Service shall receive payments as set forth in the Disbursement Schedule, attached hereto as Exhibit "A". All payments shall be made payable to the Internal Revenue Service and sent to the following address:

> Irma Okubena
> Internal Revenue Service
> 4041 North Central Avenue
> MS 5014
> Phoenix, AZ 85012-5000

The Debtor's failure to comply with the Plan provisions concerning the liability owed to the IRS which includes, but not limited to, the failure to make the full and timely payments of all amounts due under the Confirmation Order, except as provided for in a Court ordered moratorium, as well as full and timely payments of all amounts due for post-confirmation periods, shall constitute a default of the Plan. If the Debtor fails to cure the default within twenty (20) days after written notice of the default from the IRS or its agents is mailed to the Debtor and the Debtor's attorney, the entire imposed liability together with any unpaid current liabilities, shall become due and payable immediately. Further, in the event of a default, the IRS may collect unpaid liabilities through administrative collection provisions or the judicial remedies as set forth in the Internal Revenue Code. The IRS shall not be required to seek modification of the automatic stay to collect any tax

5

liabilities that were not discharged by the confirmation of the Plan and from property that has been revested with the Debtor.

The IRS shall be entitled to any additional interest that accrues as a result of the Debtor's failure to make payments in accordance with the schedule attached hereto. **(This Class is not impaired).**

Priority Tax Claim of the Arizona Department of Revenue   (Class 4).

The Arizona Department of Revenue has filed a priority unsecured claim in the amount of $298.72. ADOR's priority claim shall accrue interest at the rate of 5.5%  The first payment will be made within 30 days from the date that the Debtor's Chapter 11 Plan of Reorganization is confirmed and every 30 days after as set forth in the Disbursement Schedule, a copy of which is attached hereto as Exhibit "A". All payments shall be made payable to the Arizona Department of Revenue and sent to the following address:

> April Theis, Esquire
> Bankruptcy & Collection Enforcement Section
> Finance Division
> 1275 West Washington
> Phoenix, AZ 85007

The Debtor's failure to comply with the Plan provisions concerning the liability owed to the ADOR, which includes, but not limited to, the failure to make the full and timely payments of all amounts due under the Confirmation Order as well as full and timely payments of all amounts due for post-confirmation periods, shall constitute a default of the Plan. If the Debtors fail to cure the default within ten (10) days after written notice of the default from either then ADOR or its agents, the entire balance due ADOR shall be immediately due and owing. Further, in the event of a default, ADOR may enforce the entire amount of its claim, exercise any and all rights and remedies under

6

applicable non-bankruptcy law which includes, but is not limited to, state tax collection procedures, and obtain any other such relief deemed appropriate by the Bankruptcy. **(This class is impaired)**

<u>Priority Tax Claim of the Internal Revenue Service (Class 5).</u>

The Internal Revenue Service shall have a priority unsecured claim in the amount of $16,179.02. The Internal Revenue Services' priority claim shall be paid with interest at the statutory rate set forth in I.R.C. §§6621 and 6622 that is in effect during the month that the Plan is confirmed, as required by 11 U.S.C. §511.

The Internal Revenue Service shall receive payments as set forth in the Disbursement Schedule, attached hereto as Exhibit "A". All payments shall be made payable to the Internal Revenue Service and sent to the following address:

> Irma Okubena
> Internal Revenue Service
> 4041 North Central Avenue
> MS 5014
> Phoenix, AZ 85012-5000

The Debtor's failure to comply with the Plan provisions concerning the liability owed to the IRS which includes, but not limited to, the failure to make the full and timely payments of all amounts due under the Confirmation Order, except as provided for in a Court ordered moratorium, as well as full and timely payments of all amounts due for post-confirmation periods, shall constitute a default of the Plan. If the Debtor fails to cure the default within twenty (20) days after written notice of the default from the IRS or its agents is mailed to the Debtor and the Debtor's attorney, the entire imposed liability together with any unpaid current liabilities, shall become due and payable immediately. Further, in the event of a default, the IRS may collect unpaid liabilities through administrative collection provisions or the judicial remedies as set forth in the Internal Revenue

Code. The IRS shall not be required to seek modification of the automatic stay to collect any tax liabilities that were not discharged by the confirmation of the Plan and from property that has been revested with the Debtor.

The IRS shall be entitled to any additional interest that accrues as a result of the Debtor's failure to make payments in accordance with the schedule attached hereto. **(This Class is not impaired).**

General Unsecured Claims (Class 6)

All allowed and approved claims under this Class shall be paid, *pro rata,* from all funds available for distribution as set forth in the Disbursement Schedules attached hereto as Exhibit "A" and Exhibit "A-1". **(This class is impaired.)** Class 6 shall be made up of the following creditors :

| Creditor | Claim No. | Amount |
|---|---|---|
| West Christenen & Associates | 1 | $ 7,377.50 |
| Bank of America, N.A. | 2 | $ 8,152.08 |
| FIA Card Services, N.A. [1] | 3 | $ 2,535.92 |
| FIA Card Services, N.A. | 4 | $ 10,636.04 |
| Internal Revenue Services | 5 | $ 4,839.00 |
| Pentech Financial Services | NC | $ 18,530.84 |
| AZ Dept of Economic Security | NC | $ 523.04 |
| Bank of America | NC | $ 27,000.00 |
| CNA | NC | $ 825.00 |
| Food Source International | NC | $ 2,103.85 |
| Shamrock Foods Company | NC | $ 4,142.03 |
| Your Paper Source | NC | $ 986.22 |
| Total Claims | | $ 87,651.52 |

Contested/Disputed Claims (Class 7).

Class 8 shall consist of those claim(s) in which the Debtor has timely filed an objected to or marked as disputed in its schedules. In the event that any such claim becomes proven and/or allowed

---

[1] Listed as Bank of America on Schedule F

8

by the Court, such claim shall be become a member of Class 6 and treated accordingly. **(This class is not impaired).** Class 7 shall be made up of the following creditor(s):

| Creditor Name | Claim No. | Claim Amount |
|---|---|---|
| Direct Capital Corporation [2] | 6 | $ 33,457.35 |
| Greentree Village | NC | $Unknown |

Debtor's Interest (Class 8).

Debtor shall retain all of the legal and equitable interest in assets of this estate, as all reconciliation issues have been met. All estate property shall vest in the Debtor at confirmation. **(This class is not impaired).**

## VI. DISPUTED CLAIMS

Debtor reserves the right to verify and object to any proof of claim. Payment of disputed claims shall be made only after agreement has been reached between the Debtor and the Creditor or upon the order of the Court. Any and all objections to proofs of claim will be filed within sixty (60) days of the Effective Date of this plan or will be waived.

## VII. EXECUTORY CONTRACTS

The Debtor will assume the lease with Cole Mt Flagstaff AZ.

The Debtor will reject the lease with Direct Capital Corporation. Any allowed claim will be paid in Class 6.

## VIII. MEANS OF EXECUTION/PROJECTION

This Plan will be a base Plan with payments of all allowed claims to be made as set forth in the attached Disbursement Schedule. The total amount to be paid to the unsecured creditors will be $41,265.17. The Debtor may increase the amount of the payments set forth in the

---

[2] The proof of claim was filed for the full amount due under the lease.

9

Disbursement Schedule should the Debtor's income permits. The funds necessary for the satisfaction of all approved and allowed claims will be derived from the Debtor's income from its operations. The Debtor reserves the right to accelerate payment under the Plan from financing obtained from third party financing. Debtors believes that by virtue of the Plan that they will have the ability to pay all allowed and approved claims pursuant to the Plan of Reorganization.

## IX. QUARTERLY FEES AND REPORTS

Debtor shall continue to pay quarterly fees to the U.S. Trustee System until such time as a Final Decree has been entered in this matter by the Court, closing this Chapter 11 proceeding. Debtor shall continue to file monthly operating reports until such time as the Court enters an Order confirming this Chapter 11 Plan of Reorganization. At such time, Debtor shall cease filing monthly operating reports and shall begin filing 90 day reports. These 90 day reports shall be filed until such time as a Final Decree has been entered in this matter by the Court, closing this Chapter 11 proceeding.

## X. IMPLEMENTATION AND CONSUMMATION OF PLAN

The terms of the Plan subsequent to confirmation shall bind the Debtor, any entity acquiring property under the Plan, and creditor or claimant, whether or not such creditor or claimant has accepted the Plan. All property of the estate shall vest in the Debtor and shall be free from attachment, levy, garnishment or execution by creditors bound by the Plan.

It shall be the obligation of each creditor participating under the Plan to keep the Debtor advised of its current mailing address. In the event any payments tendered to creditors are mailed, postage prepaid, addressed (1) to the address specified in the Debtor's schedules and statement, (2) to the address specified in any proof of claim filed by a creditor or claimant herein or (3) to the

address provided by any such creditor or claimant for purposes of distribution, and if subsequently the Post Office returns such distribution due to a lack or insufficiency of address or forwarding address, the Debtor shall retain such distribution for a period of six months. Thereafter, the distribution shall revert to the Debtor without further Order of the Court and free and clear of any claim of the named distributee. The Debtor shall thereafter not be required to mail subsequent distributions to any creditor for whom a distribution has been returned by the Post Office. The Debtor reserves the right to modify the Plan in accordance with §1127 of the Bankruptcy Code. The Plan may be modified prior to confirmation provided that the Plan still complies with §1122 and §1123 of the Bankruptcy Code. The Plan may be modified subsequent to confirmation and before substantial consummation of the Plan under such circumstances as may warrant such under §1123 of the Bankruptcy Code. Any holder of a claim or interest that has been previously accepted or rejected a confirmed Plan, shall be deemed to have accepted or rejected any subsequently modified Plan unless the holder of such claim or interest changes its acceptance or rejection of the Plan within the time fixed by the Court.

## XI. DEFAULT

The Debtor's failure to make any payment due under the Plan within sixty (60) days after demand for payment after its due date shall constitute a default unless the Debtor and the affected creditor agree to delayed payment.

Upon default, creditors may pursue any remedy provided by the state or federal law, including foreclosing any security interest, suing on any promissory note issued or continued in effect under the Plan.

11

## XII.  RETENTION OF JURISDICTION

The Bankruptcy Court will retain jurisdiction over this case for purposes of determining the allowance of claims or objection to claims.  The Court will also retain jurisdiction for purposes of fixing allowances for compensation and/or for purposes of determining the allowability of any other claimed administrative expenses.  The Court will also retain jurisdiction for the purpose of establishing bar dates and making a determination with respect to all disputed claims.  Finally, the Court shall retain jurisdiction for purposes of determining any dispute arising from the interpretation, implementation or consummation of the Plan and to implement and enforce the provisions of the Plan.  Notwithstanding anything to the contrary contained herein, the Debtor shall not be bound by estoppel, the principles of res judicata or collateral estoppel with respect to any term or provision contained herein in the event the Plan is not confirmed.

DATED this 4th day of March, 2011.

ALLAN D. NEWDELMAN, P.C.

/s/ Allan D. NewDelman
Allan D. NewDelman
Attorney for Debtor

12

A copy of the foregoing
mailed this 4th day
of March, 2011, to:

Larry Lee Watson, Esquire
Office of U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003

/s/ R. Scott Graves
R. Scott Graves
Paralegal

13

**APPROVED:**

/s/ Richard V. Heenan
Richard V. Heenan
Managing Member

# EXHIBIT "A"

| Quarter Ending | ADN Admin Claim | IRS Secured Claim | Pentench Secured Claim | IRS Priority Claim | ADOR Priority Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 1 | 125.00 | 100.00 | 125.00 | 75.00 | 50.00 | 225.00 | 700.00 |
| Month 2 | 125.00 | 100.00 | 125.00 | 75.00 | 50.00 | 225.00 | 700.00 |
| Month 3 | 125.00 | 100.00 | 125.00 | 75.00 | 50.00 | 225.00 | 700.00 |
| Month 4 | 535.00 | 325.00 | 150.00 | 350.00 | 50.00 | 225.00 | 1,635.00 |
| Month 5 | 535.00 | 325.00 | 150.00 | 350.00 | 50.00 | 225.00 | 1,635.00 |
| Month 6 | 535.00 | 325.00 | 150.00 | 350.00 | 50.00 | 225.00 | 1,635.00 |
| Month 7 | 520.00 | 337.21 | 150.00 | 350.00 | 52.79 | 225.00 | 1,635.00 |
| Month 8 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | 1,635.00 |
| Month 9 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | 1,635.00 |
| Month 10 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | 1,635.00 |
| Month 11 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | 1,635.00 |
| Month 12 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | 1,635.00 |
| YEAR 1 TOTALS | $2,500.00 | $5,287.21 | $1,725.00 | $3,375.00 | $352.79 | $3,575.00 | $16,815.00 |

# THE VILLAGE BAKER  LLC
## USBC 10-15063 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | IRS Secured Claim | Pentench Secured Claim | IRS Priority Claim | ADOR Priority Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 13 | 0.00 | 250.00 | 75.00 | 175.00 | 0.00 | 200.00 | **700.00** |
| Month 14 | 0.00 | 250.00 | 75.00 | 175.00 | 0.00 | 200.00 | **700.00** |
| Month 15 | 0.00 | 250.00 | 75.00 | 175.00 | 0.00 | 200.00 | **700.00** |
| Month 16 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | **1,635.00** |
| Month 17 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | **1,635.00** |
| Month 18 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | **1,635.00** |
| Month 19 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | **1,635.00** |
| Month 20 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | **1,635.00** |
| Month 21 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | **1,635.00** |
| Month 22 | 0.00 | 735.00 | 150.00 | 350.00 | 0.00 | 400.00 | **1,635.00** |
| Month 23 | 0.00 | 735.00 | 153.98 | 350.00 | 0.00 | 400.00 | **1,638.98** |
| Month 24 | 0.00 | 735.00 | 0.00 | 350.00 | 0.00 | 400.00 | **1,485.00** |
| **YEAR 2 TOTALS** | **$0.00** | **$7,365.00** | **$1,428.98** | **$3,675.00** | **$0.00** | **$4,200.00** | **$16,668.98** |

# THE VILLAGE BAKER  LLC
## USBC 10-15063 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | IRS Secured Claim | Pentench Secured Claim | IRS Priority Claim | ADOR Priority Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 25 | 0.00 | 275.00 | 0.00 | 175.00 | 0.00 | 250.00 | **700.00** |
| Month 26 | 0.00 | 275.00 | 0.00 | 175.00 | 0.00 | 250.00 | **700.00** |
| Month 27 | 0.00 | 275.00 | 0.00 | 175.00 | 0.00 | 250.00 | **700.00** |
| Month 28 | 0.00 | 735.00 | 0.00 | 550.00 | 0.00 | 350.00 | **1,635.00** |
| Month 29 | 0.00 | 735.00 | 0.00 | 550.00 | 0.00 | 350.00 | **1,635.00** |
| Month 30 | 0.00 | 735.00 | 0.00 | 550.00 | 0.00 | 350.00 | **1,635.00** |
| Month 31 | 0.00 | 735.00 | 0.00 | 550.00 | 0.00 | 350.00 | **1,635.00** |
| Month 32 | 0.00 | 735.00 | 0.00 | 550.00 | 0.00 | 350.00 | **1,635.00** |
| Month 33 | 0.00 | 735.00 | 0.00 | 550.00 | 0.00 | 350.00 | **1,635.00** |
| Month 34 | 0.00 | 735.00 | 0.00 | 550.00 | 0.00 | 350.00 | **1,635.00** |
| Month 35 | 0.00 | 735.00 | 0.00 | 550.00 | 0.00 | 350.00 | **1,635.00** |
| Month 36 | 0.00 | 735.00 | 0.00 | 550.00 | 0.00 | 350.00 | **1,635.00** |
| **YEAR 3 TOTALS** | **$0.00** | **$7,440.00** | **$0.00** | **$5,475.00** | **$0.00** | **$3,900.00** | **$16,815.00** |

## THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | IRS Secured Claim | Pentench Secured Claim | IRS Priority Claim | ADOR Priority Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 37 | 0.00 | 275.00 | 0.00 | 175.00 | 0.00 | 250.00 | **700.00** |
| Month 38 | 0.00 | 275.00 | 0.00 | 175.00 | 0.00 | 250.00 | **700.00** |
| Month 39 | 0.00 | 275.00 | 0.00 | 175.00 | 0.00 | 250.00 | **700.00** |
| Month 40 | 0.00 | 319.83 | 0.00 | 700.00 | 0.00 | 615.17 | **1,635.00** |
| Month 41 | 0.00 | 0.00 | 0.00 | 835.00 | 0.00 | 800.00 | **1,635.00** |
| Month 42 | 0.00 | 0.00 | 0.00 | 835.00 | 0.00 | 800.00 | **1,635.00** |
| Month 43 | 0.00 | 0.00 | 0.00 | 503.93 | 0.00 | 1,635.00 | **2,138.93** |
| Month 44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| **YEAR 4 TOTALS** | **$0.00** | **$1,144.83** | **$0.00** | **$3,398.93** | **$0.00** | **$12,775.17** | **$17,318.93** |

## THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | IRS Secured Claim | Pentench Secured Claim | IRS Priority Claim | ADOR Priority Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | **700.00** |
| Month 50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | **700.00** |
| Month 51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | **700.00** |
| Month 52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 59 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| **YEAR 5 TOTALS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$16,815.00** | **$16,815.00** |
| **GRAND TOTALS** | **$2,500.00** | **$21,237.04** | **$3,153.98** | **$15,923.93** | **$352.79** | **$41,265.17** | **$84,432.91** |

# EXHIBIT "A-1"

# Amortization Schedule

**Title:   Solve For Missing Number Transfer**

| | | | | |
|---|---|---|---|---|
| **Loan amount:** $3,000.00 | | **Interest rate:** 5.00 | | **Payment type:** Constantly Adjusted Payments |
| **Amortization period:** 24 Months | | **Compounding:** Simple Interest (U.S. Rule) | | |
| **Payments made:** Monthly | | **Accelerated?** No | | **Day Count Convention:** 30/360 |

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Escrow Portion | Interest To Date | Principal Remaining | Escrow Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/17/2010 | $125.00 | $112.50 | $12.50 | $0.00 | $12.50 | $2,887.50 | $0.00 |
| 2 | 6/17/2010 | $125.00 | $112.97 | $12.03 | $0.00 | $24.53 | $2,774.53 | $0.00 |
| 3 | 7/17/2010 | $125.00 | $113.44 | $11.56 | $0.00 | $36.09 | $2,661.09 | $0.00 |
| 4 | 8/17/2010 | $150.00 | $138.91 | $11.09 | $0.00 | $47.18 | $2,522.18 | $0.00 |
| 5 | 9/17/2010 | $150.00 | $139.49 | $10.51 | $0.00 | $57.69 | $2,382.69 | $0.00 |
| 6 | 10/17/2010 | $150.00 | $140.07 | $9.93 | $0.00 | $67.62 | $2,242.62 | $0.00 |
| 7 | 11/17/2010 | $150.00 | $140.66 | $9.34 | $0.00 | $76.96 | $2,101.96 | $0.00 |
| 8 | 12/17/2010 | $150.00 | $141.24 | $8.76 | $0.00 | $85.72 | $1,960.72 | $0.00 |
| 9 | 1/17/2011 | $150.00 | $141.83 | $8.17 | $0.00 | $93.89 | $1,818.89 | $0.00 |
| 10 | 2/17/2011 | $150.00 | $142.42 | $7.58 | $0.00 | $101.47 | $1,676.47 | $0.00 |
| 11 | 3/17/2011 | $150.00 | $143.01 | $6.99 | $0.00 | $108.46 | $1,533.46 | $0.00 |
| 12 | 4/17/2011 | $150.00 | $143.61 | $6.39 | $0.00 | $114.85 | $1,389.85 | $0.00 |
| 13 | 5/17/2011 | $75.00 | $69.21 | $5.79 | $0.00 | $120.64 | $1,320.64 | $0.00 |
| 14 | 6/17/2011 | $75.00 | $69.50 | $5.50 | $0.00 | $126.14 | $1,251.14 | $0.00 |
| 15 | 7/17/2011 | $75.00 | $69.79 | $5.21 | $0.00 | $131.35 | $1,181.35 | $0.00 |
| 16 | 8/17/2011 | $150.00 | $145.08 | $4.92 | $0.00 | $136.27 | $1,036.27 | $0.00 |
| 17 | 9/17/2011 | $150.00 | $145.68 | $4.32 | $0.00 | $140.59 | $890.59 | $0.00 |
| 18 | 10/17/2011 | $150.00 | $146.29 | $3.71 | $0.00 | $144.30 | $744.30 | $0.00 |
| 19 | 11/17/2011 | $150.00 | $146.90 | $3.10 | $0.00 | $147.40 | $597.40 | $0.00 |
| 20 | 12/17/2011 | $150.00 | $147.51 | $2.49 | $0.00 | $149.89 | $449.89 | $0.00 |
| **Annual Summary as of: 12/31/2011** | | | | | | | | |
| | | $2,700.00 | $2,550.11 | $149.89 | $0.00 | $149.89 | $449.89 | $0.00 |
| 21 | 1/17/2012 | $150.00 | $148.13 | $1.87 | $0.00 | $151.76 | $301.76 | $0.00 |
| 22 | 2/17/2012 | $150.00 | $148.74 | $1.26 | $0.00 | $153.02 | $153.02 | $0.00 |
| 23 | 3/17/2012 | $76.99 | $76.35 | $0.64 | $0.00 | $153.66 | $76.67 | $0.00 |
| 24 | 4/17/2012 | $76.99 | $76.67 | $0.32 | $0.00 | $153.98 | $0.00 | $0.00 |
| **Annual Summary as of: 12/31/2012** | | | | | | | | |
| | | $453.98 | $449.89 | $4.09 | $0.00 | $153.98 | $0.00 | $0.00 |
| **Grand Totals:** | | $3,153.98 | $3,000.00 | $153.98 | $0.00 | $153.98 | $0.00 | $0.00 |

# EXHIBIT "A-2"

# Amortization Schedule

**Title:   Solve For Missing Number Transfer**

| | | |
|---|---|---|
| **Loan amount:** $19,518.66 | **Interest rate:** 3.00 | **Payment type:** Constantly Adjusted Payments |
| **Amortization period:** 60 Months | **Compounding:** Daily | |
| **Payments made:** Monthly | **Accelerated?** No | **Day Count Convention:** 30/360 |

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Interest To Date | Principal Remaining |
|---|---|---|---|---|---|---|
| 1 | 5/17/2010 | $0.00 | ($48.86) | $48.86 | $48.86 | $19,567.52 |
| 2 | 6/17/2010 | $0.00 | ($48.98) | $48.98 | $97.84 | $19,616.50 |
| 3 | 7/17/2010 | $0.00 | ($49.10) | $49.10 | $146.94 | $19,665.60 |
| 4 | 8/17/2010 | $0.00 | ($49.22) | $49.22 | $196.16 | $19,714.82 |
| 5 | 9/17/2010 | $0.00 | ($49.35) | $49.35 | $245.51 | $19,764.17 |
| 6 | 10/17/2010 | $0.00 | ($49.47) | $49.47 | $294.98 | $19,813.64 |
| 7 | 11/17/2010 | $0.00 | ($49.59) | $49.59 | $344.57 | $19,863.23 |
| 8 | 12/17/2010 | $0.00 | ($49.72) | $49.72 | $394.29 | $19,912.95 |
| 9 | 1/17/2011 | $0.00 | ($49.84) | $49.84 | $444.13 | $19,962.79 |
| 10 | 2/17/2011 | $0.00 | ($49.97) | $49.97 | $494.10 | $20,012.76 |
| 11 | 3/17/2011 | $0.00 | ($50.09) | $50.09 | $544.19 | $20,062.85 |
| 12 | 4/17/2011 | $0.00 | ($50.22) | $50.22 | $594.41 | $20,113.07 |
| 13 | 5/17/2011 | $100.00 | $49.66 | $50.34 | $644.75 | $20,063.41 |
| 14 | 6/17/2011 | $100.00 | $49.78 | $50.22 | $694.97 | $20,013.63 |
| 15 | 7/17/2011 | $100.00 | $49.91 | $50.09 | $745.06 | $19,963.72 |
| 16 | 8/17/2011 | $325.00 | $275.03 | $49.97 | $795.03 | $19,688.69 |
| 17 | 9/17/2011 | $325.00 | $275.72 | $49.28 | $844.31 | $19,412.97 |
| 18 | 10/17/2011 | $325.00 | $276.41 | $48.59 | $892.90 | $19,136.56 |
| 19 | 11/17/2011 | $337.21 | $289.31 | $47.90 | $940.80 | $18,847.25 |
| 20 | 12/17/2011 | $735.00 | $687.82 | $47.18 | $987.98 | $18,159.43 |

**Annual Summary as of: 12/31/2011**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | $2,347.21 | $1,359.23 | $987.98 | $987.98 | $18,159.43 |

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Interest To Date | Principal Remaining |
|---|---|---|---|---|---|---|
| 21 | 1/17/2012 | $735.00 | $689.55 | $45.45 | $1,033.43 | $17,469.88 |
| 22 | 2/17/2012 | $735.00 | $691.27 | $43.73 | $1,077.16 | $16,778.61 |
| 23 | 3/17/2012 | $735.00 | $693.00 | $42.00 | $1,119.16 | $16,085.61 |
| 24 | 4/17/2012 | $735.00 | $694.74 | $40.26 | $1,159.42 | $15,390.87 |
| 25 | 5/17/2012 | $250.00 | $211.48 | $38.52 | $1,197.94 | $15,179.39 |
| 26 | 6/17/2012 | $250.00 | $212.01 | $37.99 | $1,235.93 | $14,967.38 |
| 27 | 7/17/2012 | $250.00 | $212.54 | $37.46 | $1,273.39 | $14,754.84 |
| 28 | 8/17/2012 | $735.00 | $698.07 | $36.93 | $1,310.32 | $14,056.77 |
| 29 | 9/17/2012 | $735.00 | $699.82 | $35.18 | $1,345.50 | $13,356.95 |
| 30 | 10/17/2012 | $735.00 | $701.57 | $33.43 | $1,378.93 | $12,655.38 |
| 31 | 11/17/2012 | $735.00 | $703.32 | $31.68 | $1,410.61 | $11,952.06 |
| 32 | 12/17/2012 | $735.00 | $705.08 | $29.92 | $1,440.53 | $11,246.98 |

**Annual Summary as of: 12/31/2012**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | $7,365.00 | $6,912.45 | $452.55 | $1,440.53 | $11,246.98 |

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Interest To Date | Principal Remaining |
|---|---|---|---|---|---|---|
| 33 | 1/17/2013 | $735.00 | $706.85 | $28.15 | $1,468.68 | $10,540.13 |
| 34 | 2/17/2013 | $735.00 | $708.62 | $26.38 | $1,495.06 | $9,831.51 |
| 35 | 3/17/2013 | $735.00 | $710.39 | $24.61 | $1,519.67 | $9,121.12 |
| 36 | 4/17/2013 | $735.00 | $712.17 | $22.83 | $1,542.50 | $8,408.95 |

# Amortization Schedule

**Title:** **Solve For Missing Number Transfer**

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Interest To Date | Principal Remaining |
|---|---|---|---|---|---|---|
| 37 | 5/17/2013 | $275.00 | $253.95 | $21.05 | $1,563.55 | $8,155.00 |
| 38 | 6/17/2013 | $275.00 | $254.59 | $20.41 | $1,583.96 | $7,900.41 |
| 39 | 7/17/2013 | $275.00 | $255.23 | $19.77 | $1,603.73 | $7,645.18 |
| 40 | 8/17/2013 | $735.00 | $715.86 | $19.14 | $1,622.87 | $6,929.32 |
| 41 | 9/17/2013 | $735.00 | $717.66 | $17.34 | $1,640.21 | $6,211.66 |
| 42 | 10/17/2013 | $735.00 | $719.45 | $15.55 | $1,655.76 | $5,492.21 |
| 43 | 11/17/2013 | $735.00 | $721.25 | $13.75 | $1,669.51 | $4,770.96 |
| 44 | 12/17/2013 | $735.00 | $723.06 | $11.94 | $1,681.45 | $4,047.90 |

**Annual Summary as of: 12/31/2013**

| | | $7,440.00 | $7,199.08 | $240.92 | $1,681.45 | $4,047.90 |
|---|---|---|---|---|---|---|
| 45 | 1/17/2014 | $735.00 | $724.87 | $10.13 | $1,691.58 | $3,323.03 |
| 46 | 2/17/2014 | $735.00 | $726.68 | $8.32 | $1,699.90 | $2,596.35 |
| 47 | 3/17/2014 | $735.00 | $728.50 | $6.50 | $1,706.40 | $1,867.85 |
| 48 | 4/17/2014 | $735.00 | $730.32 | $4.68 | $1,711.08 | $1,137.53 |
| 49 | 5/17/2014 | $275.00 | $272.15 | $2.85 | $1,713.93 | $865.38 |
| 50 | 6/17/2014 | $275.00 | $272.83 | $2.17 | $1,716.10 | $592.55 |
| 51 | 7/17/2014 | $275.00 | $273.52 | $1.48 | $1,717.58 | $319.03 |
| 52 | 8/17/2014 | $319.83 | $319.03 | $0.80 | $1,718.38 | $0.00 |

**Annual Summary as of: 12/31/2014**

| | | $4,084.83 | $4,047.90 | $36.93 | $1,718.38 | $0.00 |
|---|---|---|---|---|---|---|
| **Grand Totals:** | | $21,237.04 | $19,518.66 | $1,718.38 | $1,718.38 | $0.00 |

# EXHIBIT "A-3"

# Amortization Schedule

**Title:** Solve For Missing Number Transfer

**Loan amount:** $14,503.58     **Interest rate:** 3.00     **Payment type:** Constantly Adjusted Payments

**Amortization period:** 60 Months     **Compounding:** Daily

**Payments made:** Monthly     **Accelerated?** No     **Day Count Convention:** 30/360

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Interest To Date | Principal Remaining |
|---|---|---|---|---|---|---|
| 1 | 5/17/2010 | $0.00 | ($36.30) | $36.30 | $36.30 | $14,539.88 |
| 2 | 6/17/2010 | $0.00 | ($36.39) | $36.39 | $72.69 | $14,576.27 |
| 3 | 7/17/2010 | $0.00 | ($36.48) | $36.48 | $109.17 | $14,612.75 |
| 4 | 8/17/2010 | $0.00 | ($36.58) | $36.58 | $145.75 | $14,649.33 |
| 5 | 9/17/2010 | $0.00 | ($36.67) | $36.67 | $182.42 | $14,686.00 |
| 6 | 10/17/2010 | $0.00 | ($36.76) | $36.76 | $219.18 | $14,722.76 |
| 7 | 11/17/2010 | $0.00 | ($36.85) | $36.85 | $256.03 | $14,759.61 |
| 8 | 12/17/2010 | $0.00 | ($36.94) | $36.94 | $292.97 | $14,796.55 |
| 9 | 1/17/2011 | $0.00 | ($37.04) | $37.04 | $330.01 | $14,833.59 |
| 10 | 2/17/2011 | $0.00 | ($37.13) | $37.13 | $367.14 | $14,870.72 |
| 11 | 3/17/2011 | $0.00 | ($37.22) | $37.22 | $404.36 | $14,907.94 |
| 12 | 4/17/2011 | $0.00 | ($37.31) | $37.31 | $441.67 | $14,945.25 |
| 13 | 5/17/2011 | $75.00 | $37.59 | $37.41 | $479.08 | $14,907.66 |
| 14 | 6/17/2011 | $75.00 | $37.69 | $37.31 | $516.39 | $14,869.97 |
| 15 | 7/17/2011 | $75.00 | $37.78 | $37.22 | $553.61 | $14,832.19 |
| 16 | 8/17/2011 | $350.00 | $312.87 | $37.13 | $590.74 | $14,519.32 |
| 17 | 9/17/2011 | $350.00 | $313.66 | $36.34 | $627.08 | $14,205.66 |
| 18 | 10/17/2011 | $350.00 | $314.44 | $35.56 | $662.64 | $13,891.22 |
| 19 | 11/17/2011 | $350.00 | $315.23 | $34.77 | $697.41 | $13,575.99 |
| 20 | 12/17/2011 | $350.00 | $316.02 | $33.98 | $731.39 | $13,259.97 |
| **Annual Summary as of: 12/31/2011** | | | | | | |
| | | $1,975.00 | $1,243.61 | $731.39 | $731.39 | $13,259.97 |
| 21 | 1/17/2012 | $350.00 | $316.81 | $33.19 | $764.58 | $12,943.16 |
| 22 | 2/17/2012 | $350.00 | $317.60 | $32.40 | $796.98 | $12,625.56 |
| 23 | 3/17/2012 | $350.00 | $318.40 | $31.60 | $828.58 | $12,307.16 |
| 24 | 4/17/2012 | $350.00 | $319.19 | $30.81 | $859.39 | $11,987.97 |
| 25 | 5/17/2012 | $175.00 | $144.99 | $30.01 | $889.40 | $11,842.98 |
| 26 | 6/17/2012 | $175.00 | $145.36 | $29.64 | $919.04 | $11,697.62 |
| 27 | 7/17/2012 | $175.00 | $145.72 | $29.28 | $948.32 | $11,551.90 |
| 28 | 8/17/2012 | $350.00 | $321.09 | $28.91 | $977.23 | $11,230.81 |
| 29 | 9/17/2012 | $350.00 | $321.89 | $28.11 | $1,005.34 | $10,908.92 |
| 30 | 10/17/2012 | $350.00 | $322.69 | $27.31 | $1,032.65 | $10,586.23 |
| 31 | 11/17/2012 | $350.00 | $323.50 | $26.50 | $1,059.15 | $10,262.73 |
| 32 | 12/17/2012 | $350.00 | $324.31 | $25.69 | $1,084.84 | $9,938.42 |
| **Annual Summary as of: 12/31/2012** | | | | | | |
| | | $3,675.00 | $3,321.55 | $353.45 | $1,084.84 | $9,938.42 |
| 33 | 1/17/2013 | $350.00 | $325.12 | $24.88 | $1,109.72 | $9,613.30 |
| 34 | 2/17/2013 | $350.00 | $325.94 | $24.06 | $1,133.78 | $9,287.36 |
| 35 | 3/17/2013 | $350.00 | $326.75 | $23.25 | $1,157.03 | $8,960.61 |
| 36 | 4/17/2013 | $350.00 | $327.57 | $22.43 | $1,179.46 | $8,633.04 |

# Amortization Schedule

**Title: Solve For Missing Number Transfer**

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Interest To Date | Principal Remaining |
|---|---|---|---|---|---|---|
| 37 | 5/17/2013 | $175.00 | $153.39 | $21.61 | $1,201.07 | $8,479.65 |
| 38 | 6/17/2013 | $175.00 | $153.78 | $21.22 | $1,222.29 | $8,325.87 |
| 39 | 7/17/2013 | $175.00 | $154.16 | $20.84 | $1,243.13 | $8,171.71 |
| 40 | 8/17/2013 | $550.00 | $529.55 | $20.45 | $1,263.58 | $7,642.16 |
| 41 | 9/17/2013 | $550.00 | $530.87 | $19.13 | $1,282.71 | $7,111.29 |
| 42 | 10/17/2013 | $550.00 | $532.20 | $17.80 | $1,300.51 | $6,579.09 |
| 43 | 11/17/2013 | $550.00 | $533.53 | $16.47 | $1,316.98 | $6,045.56 |
| 44 | 12/17/2013 | $550.00 | $534.87 | $15.13 | $1,332.11 | $5,510.69 |

**Annual Summary as of: 12/31/2013**

| | | $4,675.00 | $4,427.73 | $247.27 | $1,332.11 | $5,510.69 |
|---|---|---|---|---|---|---|

| # | Payment Date | Payment Amount | Principal Portion | Interest Portion | Interest To Date | Principal Remaining |
|---|---|---|---|---|---|---|
| 45 | 1/17/2014 | $550.00 | $536.21 | $13.79 | $1,345.90 | $4,974.48 |
| 46 | 2/17/2014 | $550.00 | $537.55 | $12.45 | $1,358.35 | $4,436.93 |
| 47 | 3/17/2014 | $550.00 | $538.89 | $11.11 | $1,369.46 | $3,898.04 |
| 48 | 4/17/2014 | $550.00 | $540.24 | $9.76 | $1,379.22 | $3,357.80 |
| 49 | 5/17/2014 | $175.00 | $166.60 | $8.40 | $1,387.62 | $3,191.20 |
| 50 | 6/17/2014 | $175.00 | $167.01 | $7.99 | $1,395.61 | $3,024.19 |
| 51 | 7/17/2014 | $175.00 | $167.43 | $7.57 | $1,403.18 | $2,856.76 |
| 52 | 8/17/2014 | $700.00 | $692.85 | $7.15 | $1,410.33 | $2,163.91 |
| 53 | 9/17/2014 | $835.00 | $829.58 | $5.42 | $1,415.75 | $1,334.33 |
| 54 | 10/17/2014 | $835.00 | $831.66 | $3.34 | $1,419.09 | $502.67 |
| 55 | 11/17/2014 | $503.93 | $502.67 | $1.26 | $1,420.35 | $0.00 |

**Annual Summary as of: 12/31/2014**

| | | $5,598.93 | $5,510.69 | $88.24 | $1,420.35 | $0.00 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **Grand Totals:** | | $15,923.93 | $14,503.58 | $1,420.35 | $1,420.35 | $0.00 |

.

# EXHIBIT "A-4"

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments at $225.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 225.00 | 18.95 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 225.00 | 20.93 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 225.00 | 6.50 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 225.00 | 27.32 |
| Internal Revenue Service | 4,839.00 | 5.52% | 225.00 | 12.42 |
| Pentech Financial Services | 18,530.84 | 21.15% | 225.00 | 47.59 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 225.00 | 1.35 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 225.00 | 69.30 |
| CAN | 825.00 | 0.94% | 225.00 | 2.12 |
| Food Source International | 2,103.85 | 2.40% | 225.00 | 5.40 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 225.00 | 10.64 |
| Your Paper Source | 968.22 | 1.10% | 225.00 | 2.48 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$225.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $400.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 400.00 | 33.68 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 400.00 | 37.20 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 400.00 | 11.56 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 400.00 | 48.56 |
| Internal Revenue Service | 4,839.00 | 5.52% | 400.00 | 22.08 |
| Pentech Financial Services | 18,530.84 | 21.15% | 400.00 | 84.60 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 400.00 | 2.40 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 400.00 | 123.24 |
| CAN | 825.00 | 0.94% | 400.00 | 3.76 |
| Food Source International | 2,103.85 | 2.40% | 400.00 | 9.60 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 400.00 | 18.92 |
| Your Paper Source | 968.22 | 1.10% | 400.00 | 4.40 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$400.00** |

## THE VILLAGE BAKER LLC
### USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $200.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 200.00 | 16.84 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 200.00 | 18.60 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 200.00 | 5.78 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 200.00 | 24.28 |
| Internal Revenue Service | 4,839.00 | 5.52% | 200.00 | 11.04 |
| Pentech Financial Services | 18,530.84 | 21.15% | 200.00 | 42.30 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 200.00 | 1.20 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 200.00 | 61.62 |
| CAN | 825.00 | 0.94% | 200.00 | 1.88 |
| Food Source International | 2,103.85 | 2.40% | 200.00 | 4.80 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 200.00 | 9.46 |
| Your Paper Source | 968.22 | 1.10% | 200.00 | 2.20 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$200.00** |

## THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
## Pro Rata Share for Unsecured Creditors in Class 6
## For Payments of $250.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 250.00 | 21.05 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 250.00 | 23.25 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 250.00 | 7.23 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 250.00 | 30.35 |
| Internal Revenue Service | 4,839.00 | 5.52% | 250.00 | 13.80 |
| Pentech Financial Services | 18,530.84 | 21.15% | 250.00 | 52.88 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 250.00 | 1.50 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 250.00 | 77.01 |
| CAN | 825.00 | 0.94% | 250.00 | 2.35 |
| Food Source International | 2,103.85 | 2.40% | 250.00 | 6.00 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 250.00 | 11.83 |
| Your Paper Source | 968.22 | 1.10% | 250.00 | 2.75 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$250.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $350.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 350.00 | 29.47 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 350.00 | 32.55 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 350.00 | 10.12 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 350.00 | 42.49 |
| Internal Revenue Service | 4,839.00 | 5.52% | 350.00 | 19.32 |
| Pentech Financial Services | 18,530.84 | 21.15% | 350.00 | 74.03 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 350.00 | 2.10 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 350.00 | 107.82 |
| CAN | 825.00 | 0.94% | 350.00 | 3.29 |
| Food Source International | 2,103.85 | 2.40% | 350.00 | 8.40 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 350.00 | 16.56 |
| Your Paper Source | 968.22 | 1.10% | 350.00 | 3.85 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$350.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $615.17 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 615.17 | 51.80 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 615.17 | 57.21 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 615.17 | 17.78 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 615.17 | 74.68 |
| Internal Revenue Service | 4,839.00 | 5.52% | 615.17 | 33.96 |
| Pentech Financial Services | 18,530.84 | 21.15% | 615.17 | 130.11 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 615.17 | 3.69 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 615.17 | 189.53 |
| CAN | 825.00 | 0.94% | 615.17 | 5.78 |
| Food Source International | 2,103.85 | 2.40% | 615.17 | 14.76 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 615.17 | 29.10 |
| Your Paper Source | 968.22 | 1.10% | 615.17 | 6.77 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$615.17** |

## THE VILLAGE BAKER LLC
### USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $800.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 800.00 | 67.36 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 800.00 | 74.40 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 800.00 | 23.12 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 800.00 | 97.12 |
| Internal Revenue Service | 4,839.00 | 5.52% | 800.00 | 44.16 |
| Pentech Financial Services | 18,530.84 | 21.15% | 800.00 | 169.20 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 800.00 | 4.80 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 800.00 | 246.48 |
| CAN | 825.00 | 0.94% | 800.00 | 7.52 |
| Food Source International | 2,103.85 | 2.40% | 800.00 | 19.20 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 800.00 | 37.84 |
| Your Paper Source | 968.22 | 1.10% | 800.00 | 8.80 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$800.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Paymnents of $1,635.00 per Month

| Creditor<br>Name | Amount of<br>Claim | Percentage<br>of Total Claim | Monthly<br>Payment | Amount to<br>be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 1,635.00 | 137.67 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 1,635.00 | 152.06 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 1,635.00 | 47.25 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 1,635.00 | 198.49 |
| Internal Revenue Service | 4,839.00 | 5.52% | 1,635.00 | 90.25 |
| Pentech Financial Services | 18,530.84 | 21.15% | 1,635.00 | 345.80 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 1,635.00 | 9.81 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 1,635.00 | 503.73 |
| CAN | 825.00 | 0.94% | 1,635.00 | 15.37 |
| Food Source International | 2,103.85 | 2.40% | 1,635.00 | 39.24 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 1,635.00 | 77.34 |
| Your Paper Source | 968.22 | 1.10% | 1,635.00 | 17.99 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$1,635.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $700.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 700.00 | 58.94 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 700.00 | 65.10 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 700.00 | 20.23 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 700.00 | 84.98 |
| Internal Revenue Service | 4,839.00 | 5.52% | 700.00 | 38.64 |
| Pentech Financial Services | 18,530.84 | 21.15% | 700.00 | 148.05 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 700.00 | 4.20 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 700.00 | 215.67 |
| CAN | 825.00 | 0.94% | 700.00 | 6.58 |
| Food Source International | 2,103.85 | 2.40% | 700.00 | 16.80 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 700.00 | 33.11 |
| Your Paper Source | 968.22 | 1.10% | 700.00 | 7.70 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$700.00** |

## THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
## Pro Rata Share for Unsecured Creditors in Class 6
## Total Amount to be Paid Under the Plan

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 41,265.17 | 3,474.53 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 41,265.17 | 3,837.66 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 41,265.17 | 1,192.56 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 41,265.17 | 5,009.59 |
| Internal Revenue Service | 4,839.00 | 5.52% | 41,265.17 | 2,277.84 |
| Pentech Financial Services | 18,530.84 | 21.15% | 41,265.17 | 8,727.58 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 41,265.17 | 247.60 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 41,265.17 | 12,713.80 |
| CAN | 825.00 | 0.94% | 41,265.17 | 387.89 |
| Food Source International | 2,103.85 | 2.40% | 41,265.17 | 990.36 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 41,265.17 | 1,951.84 |
| Your Paper Source | 968.22 | 1.10% | 41,265.17 | 453.92 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$41,265.17** |