1   Allan D. NewDelman, Esq. (004066)
2   ALLAN D. NEWDELMAN, P.C.
    80 East Columbus Avenue
3   Phoenix, Arizona 85012
    Telephone: (602) 264-4550
4   Facsimile: (602) 277-0144
5   Email: ANEWDELMAN@QWESTOFFICE.NET
    Attorney for Debtor
6

7               IN THE UNITED STATES BANKRUPTCY COURT
                    IN THE DISTRICT OF ARIZONA
8

9   In Re:                              )    In Proceedings Under
                                        )    Chapter Eleven
10  The Village Baker LLC               )
                                        )    Case No. 10-15063 RTB
11                                      )
                                        )    ORDER CONFIRMING THE DEBTOR'S
12                                      )    PLAN OF REORGANIZATION
                                        )
13                                      )
              Debtor                    )
14  _____)

15

16       A Plan of Reorganization under Chapter 11 of the Bankruptcy Code having been filed by the

17  Debtor, the matter having been duly noticed as evidenced by the Affidavit of Mailing on file with

18  the Court; the matter having come on for hearing and any objections having been resolved by

19  approval of this order herein below and good cause appearing;

20
         It having been determined after hearing on notice that:
21

22       1.  The Plan has been accepted in writing;

23       2.  The provisions of Chapter 11 of the Code have been complied with and that the Plan has

24  been proposed in good faith and not by any means forbidden by law;

25
         3.  Each holder of a timely filed allowed claim or interest has accepted the Plan;
26

27       4.  All payments made or promised by the Debtor or by the person issuing securities or

28  acquiring property under the Plan or by any other person for service or for costs and expenses in, or

in connection with the Plan and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to the approval of the Court.

IT IS ORDERED that the Plan of Reorganization filed by the Debtor, The Village Baker LLC, is hereby CONFIRMED subject to the following terms and conditions:

1. By agreement, the Debtor shall make payments to the administrative claimant, Allan D. NewDelman, outside the Chapter 11 Plan of Reorganization except as set forth in the Disbursement Schedule, attached hereto as Exhibit "A".

2. Pentech Financial Services is secured by a lien on a Baxter BXA2G Rack Oven. Pentech Financial shall a secured claim in the amount of $13,794.24 which shall be paid with interest at the rate of 5.372% per annum over a period of 48 months as set forth on the Disbursement Schedule, a copy of which is attached hereto as Exhibit "A" and the amortization schedule attached hereto as Exhibit "A-1". Pentech Financial shall have a general unsecured claim in the amount of $7,736.60 which shall be paid as a member of Class No. 6.

3. The Arizona Department of Revenue has filed a priority unsecured claim in the amount of $298.72. ADOR's priority claim shall accrue interest at the rate of 5.5% The first payment will be made within 30 days from the date that the Debtor's Chapter 11 Plan of Reorganization is confirmed and every 30 days after as set forth in the Disbursement Schedule, a copy of which is attached hereto as Exhibit "A". All payments shall be made payable to the Arizona Department of Revenue and sent to the following address:

April Theis, Esquire
Bankruptcy & Collection Enforcement Section
Finance Division

2

1275 West Washington
Phoenix, AZ 85007

The Debtor's failure to comply with the Plan provisions concerning the liability owed to the ADOR, which includes, but not limited to, the failure to make the full and timely payments of all amounts due under the Confirmation Order as well as full and timely payments of all amounts due for post-confirmation periods, shall constitute a default of the Plan. If the Debtors fail to cure the default within ten (10) days after written notice of the default from either then ADOR or its agents, the entire balance due ADOR shall be immediately due and owing. Further, in the event of a default, ADOR may enforce the entire amount of its claim, exercise any and all rights and remedies under applicable non-bankruptcy law which includes, but is not limited to, state tax collection procedures, and obtain any other such relief deemed appropriate by the Bankruptcy.

4. The Internal Revenue Service shall have a secured claim in the amount of $19,518.66. The Internal Revenue Services' secured claim shall be paid with interest at the statutory rate set forth in I.R.C. §§6621 and 6622 that is in effect during the month that the Plan is confirmed, as required by 11 U.S.C. §511.

The Internal Revenue Service shall receive payments as set forth in the Disbursement Schedule, attached hereto as Exhibit "A". All payments shall be made payable to the Internal Revenue Service and sent to the following address:

Irma Okubena
Internal Revenue Service
4041 North Central Avenue
MS 5014
Phoenix, AZ 85012-5000

The Debtor's failure to comply with the Plan provisions concerning the liability owed to the IRS

3

which includes, but not limited to, the failure to make the full and timely payments of all amounts due under the Confirmation Order, except as provided for in a Court ordered moratorium, as well as full and timely payments of all amounts due for post-confirmation periods, shall constitute a default of the Plan. If the Debtor fails to cure the default within twenty (20) days after written notice of the default from the IRS or its agents is mailed to the Debtor and the Debtor's attorney, the entire imposed liability together with any unpaid current liabilities, shall become due and payable immediately. Further, in the event of a default, the IRS may collect unpaid liabilities through administrative collection provisions or the judicial remedies as set forth in the Internal Revenue Code. The IRS shall not be required to seek modification of the automatic stay to collect any tax liabilities that were not discharged by the confirmation of the Plan and from property that has been revested with the Debtor.

The IRS shall be entitled to any additional interest that accrues as a result of the Debtor's failure to make payments in accordance with the schedule attached hereto.

5.     The Debtor shall make payments to those creditors holding allowed claims in Class 6 as set forth in the Disbursement Schedule, attached hereto as Exhibit "A" and "A-1" beginning 30 days from the date the Order is entered by the Court.

IT IS FURTHER ORDERED that all property of the estate is vested in the Debtor pursuant to 11 U.S.C. §1141(b).

IT IS FURTHER ORDERED that pre-confirmation fees to the United States Trustee, if any, shall be paid on the effective date of the Plan. Post-confirmation quarterly fees shall be made and post-

4

1  confirmation quarterly financial reports shall be timely filed until such time as this case is closed by

2  Order of the Court.

3      SIGNED AND DATED ABOVE.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

# EXHIBIT "A"

## THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | IRS Secured Claim | Pentench Secured Claim | IRS Priority Claim | ADOR Priority Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 1 | 125.00 | 100.00 | 320.00 | 75.00 | 50.00 | 225.00 | **895.00** |
| Month 2 | 125.00 | 100.00 | 320.00 | 75.00 | 50.00 | 225.00 | **895.00** |
| Month 3 | 125.00 | 100.00 | 320.00 | 75.00 | 50.00 | 225.00 | **895.00** |
| Month 4 | 535.00 | 325.00 | 320.00 | 350.00 | 50.00 | 225.00 | **1,805.00** |
| Month 5 | 535.00 | 325.00 | 320.00 | 350.00 | 50.00 | 225.00 | **1,805.00** |
| Month 6 | 535.00 | 325.00 | 320.00 | 350.00 | 50.00 | 225.00 | **1,805.00** |
| Month 7 | 520.00 | 337.21 | 320.00 | 350.00 | 24.29 | 225.00 | **1,776.50** |
| Month 8 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | **1,805.00** |
| Month 9 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | **1,805.00** |
| Month 10 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | **1,805.00** |
| Month 11 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | **1,805.00** |
| Month 12 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | **1,805.00** |
| **YEAR 1 TOTALS** | **$2,500.00** | **$5,287.21** | **$3,840.00** | **$3,375.00** | **$324.29** | **$3,575.00** | **$18,901.50** |

# THE VILLAGE BAKER  LLC
## USBC 10-15063 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | IRS Secured Claim | Pentench Secured Claim | IRS Priority Claim | ADOR Priority Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 13 | 0.00 | 250.00 | 320.00 | 175.00 | 0.00 | 200.00 | 945.00 |
| Month 14 | 0.00 | 250.00 | 320.00 | 175.00 | 0.00 | 200.00 | 945.00 |
| Month 15 | 0.00 | 250.00 | 320.00 | 175.00 | 0.00 | 200.00 | 945.00 |
| Month 16 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | 1,805.00 |
| Month 17 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | 1,805.00 |
| Month 18 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | 1,805.00 |
| Month 19 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | 1,805.00 |
| Month 20 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | 1,805.00 |
| Month 21 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | 1,805.00 |
| Month 22 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | 1,805.00 |
| Month 23 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | 1,805.00 |
| Month 24 | 0.00 | 735.00 | 320.00 | 350.00 | 0.00 | 400.00 | 1,805.00 |
| **YEAR 2 TOTALS** | **$0.00** | **$7,365.00** | **$3,840.00** | **$3,675.00** | **$0.00** | **$4,200.00** | **$19,080.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | IRS Secured Claim | Pentench Secured Claim | IRS Priority Claim | ADOR Priority Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 25 | 0.00 | 275.00 | 320.00 | 175.00 | 0.00 | 250.00 | 1,020.00 |
| Month 26 | 0.00 | 275.00 | 320.00 | 175.00 | 0.00 | 250.00 | 1,020.00 |
| Month 27 | 0.00 | 275.00 | 320.00 | 175.00 | 0.00 | 250.00 | 1,020.00 |
| Month 28 | 0.00 | 735.00 | 320.00 | 550.00 | 0.00 | 350.00 | 1,955.00 |
| Month 29 | 0.00 | 735.00 | 320.00 | 550.00 | 0.00 | 350.00 | 1,955.00 |
| Month 30 | 0.00 | 735.00 | 320.00 | 550.00 | 0.00 | 350.00 | 1,955.00 |
| Month 31 | 0.00 | 735.00 | 320.00 | 550.00 | 0.00 | 350.00 | 1,955.00 |
| Month 32 | 0.00 | 735.00 | 320.00 | 550.00 | 0.00 | 350.00 | 1,955.00 |
| Month 33 | 0.00 | 735.00 | 320.00 | 550.00 | 0.00 | 350.00 | 1,955.00 |
| Month 34 | 0.00 | 735.00 | 320.00 | 550.00 | 0.00 | 350.00 | 1,955.00 |
| Month 35 | 0.00 | 735.00 | 320.00 | 550.00 | 0.00 | 350.00 | 1,955.00 |
| Month 36 | 0.00 | 735.00 | 320.00 | 550.00 | 0.00 | 350.00 | 1,955.00 |
| **YEAR 3 TOTALS** | **$0.00** | **$7,440.00** | **$3,840.00** | **$5,475.00** | **$0.00** | **$3,900.00** | **$20,655.00** |

# THE VILLAGE BAKER  LLC
## USBC 10-15063 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | IRS Secured Claim | Pentench Secured Claim | IRS Priority Claim | ADOR Priority Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 37 | 0.00 | 275.00 | 320.00 | 175.00 | 0.00 | 250.00 | 1,020.00 |
| Month 38 | 0.00 | 275.00 | 320.00 | 175.00 | 0.00 | 250.00 | 1,020.00 |
| Month 39 | 0.00 | 275.00 | 320.00 | 175.00 | 0.00 | 250.00 | 1,020.00 |
| Month 40 | 0.00 | 319.83 | 320.00 | 700.00 | 0.00 | 615.17 | 1,955.00 |
| Month 41 | 0.00 | 0.00 | 320.00 | 835.00 | 0.00 | 800.00 | 1,955.00 |
| Month 42 | 0.00 | 0.00 | 320.00 | 835.00 | 0.00 | 800.00 | 1,955.00 |
| Month 43 | 0.00 | 0.00 | 320.00 | 503.93 | 0.00 | 1,635.00 | 2,458.93 |
| Month 44 | 0.00 | 0.00 | 320.00 | 0.00 | 0.00 | 1,635.00 | 1,955.00 |
| Month 45 | 0.00 | 0.00 | 320.00 | 0.00 | 0.00 | 1,635.00 | 1,955.00 |
| Month 46 | 0.00 | 0.00 | 320.00 | 0.00 | 0.00 | 1,635.00 | 1,955.00 |
| Month 47 | 0.00 | 0.00 | 320.00 | 0.00 | 0.00 | 1,635.00 | 1,955.00 |
| Month 48 | 0.00 | 0.00 | 310.10 | 0.00 | 0.00 | 1,635.00 | 1,945.10 |
| YEAR 4 TOTALS | $0.00 | $1,144.83 | $3,830.10 | $3,398.93 | $0.00 | $12,775.17 | $21,149.03 |

## THE VILLAGE BAKER  LLC
## USBC 10-15063 RTB
### Distribution of Payments to Made Under Chapter 11 Plan

| Quarter Ending | ADN Admin Claim | IRS Secured Claim | Pentench Secured Claim | IRS Priority Claim | ADOR Priority Claim | General Unsecured Creditors * | Total Monthly Payment |
|---|---|---|---|---|---|---|---|
| Month 49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | **700.00** |
| Month 50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | **700.00** |
| Month 51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | **700.00** |
| Month 52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 59 | 0 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| Month 60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,635.00 | **1,635.00** |
| **YEAR 5 TOTALS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$16,815.00** | **$16,815.00** |
| **GRAND TOTALS** | **$2,500.00** | **$21,237.04** | **$15,350.10** | **$15,923.93** | **$324.29** | **$41,265.17** | **$96,600.53** |

# EXHIBIT "A-1"

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments at $225.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 225.00 | 18.95 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 225.00 | 20.93 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 225.00 | 6.50 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 225.00 | 27.32 |
| Internal Revenue Service | 4,839.00 | 5.52% | 225.00 | 12.42 |
| Pentech Financial Services | 18,530.84 | 21.15% | 225.00 | 47.59 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 225.00 | 1.35 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 225.00 | 69.30 |
| CAN | 825.00 | 0.94% | 225.00 | 2.12 |
| Food Source International | 2,103.85 | 2.40% | 225.00 | 5.40 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 225.00 | 10.64 |
| Your Paper Source | 968.22 | 1.10% | 225.00 | 2.48 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$225.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $400.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 400.00 | 33.68 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 400.00 | 37.20 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 400.00 | 11.56 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 400.00 | 48.56 |
| Internal Revenue Service | 4,839.00 | 5.52% | 400.00 | 22.08 |
| Pentech Financial Services | 18,530.84 | 21.15% | 400.00 | 84.60 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 400.00 | 2.40 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 400.00 | 123.24 |
| CAN | 825.00 | 0.94% | 400.00 | 3.76 |
| Food Source International | 2,103.85 | 2.40% | 400.00 | 9.60 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 400.00 | 18.92 |
| Your Paper Source | 968.22 | 1.10% | 400.00 | 4.40 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$400.00** |

## THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $200.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 200.00 | 16.84 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 200.00 | 18.60 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 200.00 | 5.78 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 200.00 | 24.28 |
| Internal Revenue Service | 4,839.00 | 5.52% | 200.00 | 11.04 |
| Pentech Financial Services | 18,530.84 | 21.15% | 200.00 | 42.30 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 200.00 | 1.20 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 200.00 | 61.62 |
| CAN | 825.00 | 0.94% | 200.00 | 1.88 |
| Food Source International | 2,103.85 | 2.40% | 200.00 | 4.80 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 200.00 | 9.46 |
| Your Paper Source | 968.22 | 1.10% | 200.00 | 2.20 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$200.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $250.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 250.00 | 21.05 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 250.00 | 23.25 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 250.00 | 7.23 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 250.00 | 30.35 |
| Internal Revenue Service | 4,839.00 | 5.52% | 250.00 | 13.80 |
| Pentech Financial Services | 18,530.84 | 21.15% | 250.00 | 52.88 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 250.00 | 1.50 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 250.00 | 77.01 |
| CAN | 825.00 | 0.94% | 250.00 | 2.35 |
| Food Source International | 2,103.85 | 2.40% | 250.00 | 6.00 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 250.00 | 11.83 |
| Your Paper Source | 968.22 | 1.10% | 250.00 | 2.75 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$250.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $350.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 350.00 | 29.47 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 350.00 | 32.55 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 350.00 | 10.12 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 350.00 | 42.49 |
| Internal Revenue Service | 4,839.00 | 5.52% | 350.00 | 19.32 |
| Pentech Financial Services | 18,530.84 | 21.15% | 350.00 | 74.03 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 350.00 | 2.10 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 350.00 | 107.82 |
| CAN | 825.00 | 0.94% | 350.00 | 3.29 |
| Food Source International | 2,103.85 | 2.40% | 350.00 | 8.40 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 350.00 | 16.56 |
| Your Paper Source | 968.22 | 1.10% | 350.00 | 3.85 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$350.00** |

## THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $615.17 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 615.17 | 51.80 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 615.17 | 57.21 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 615.17 | 17.78 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 615.17 | 74.68 |
| Internal Revenue Service | 4,839.00 | 5.52% | 615.17 | 33.96 |
| Pentech Financial Services | 18,530.84 | 21.15% | 615.17 | 130.11 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 615.17 | 3.69 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 615.17 | 189.53 |
| CAN | 825.00 | 0.94% | 615.17 | 5.78 |
| Food Source International | 2,103.85 | 2.40% | 615.17 | 14.76 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 615.17 | 29.10 |
| Your Paper Source | 968.22 | 1.10% | 615.17 | 6.77 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$615.17** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $800.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 800.00 | 67.36 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 800.00 | 74.40 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 800.00 | 23.12 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 800.00 | 97.12 |
| Internal Revenue Service | 4,839.00 | 5.52% | 800.00 | 44.16 |
| Pentech Financial Services | 18,530.84 | 21.15% | 800.00 | 169.20 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 800.00 | 4.80 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 800.00 | 246.48 |
| CAN | 825.00 | 0.94% | 800.00 | 7.52 |
| Food Source International | 2,103.85 | 2.40% | 800.00 | 19.20 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 800.00 | 37.84 |
| Your Paper Source | 968.22 | 1.10% | 800.00 | 8.80 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$800.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Paymnents of $1,635.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 1,635.00 | 137.67 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 1,635.00 | 152.06 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 1,635.00 | 47.25 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 1,635.00 | 198.49 |
| Internal Revenue Service | 4,839.00 | 5.52% | 1,635.00 | 90.25 |
| Pentech Financial Services | 18,530.84 | 21.15% | 1,635.00 | 345.80 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 1,635.00 | 9.81 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 1,635.00 | 503.73 |
| CAN | 825.00 | 0.94% | 1,635.00 | 15.37 |
| Food Source International | 2,103.85 | 2.40% | 1,635.00 | 39.24 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 1,635.00 | 77.34 |
| Your Paper Source | 968.22 | 1.10% | 1,635.00 | 17.99 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$1,635.00** |

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $700.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 8.42% | 700.00 | 58.94 |
| Bank of America, N.A. | 8,152.08 | 9.30% | 700.00 | 65.10 |
| FIA Card Services #3 | 2,535.92 | 2.89% | 700.00 | 20.23 |
| FIA Card Services #4 | 10,636.04 | 12.14% | 700.00 | 84.98 |
| Internal Revenue Service | 4,839.00 | 5.52% | 700.00 | 38.64 |
| Pentech Financial Services | 18,530.84 | 21.15% | 700.00 | 148.05 |
| AZ Deparment of Economic Security | 523.04 | 0.60% | 700.00 | 4.20 |
| Bank of America, N.A. | 27,000.00 | 30.81% | 700.00 | 215.67 |
| CAN | 825.00 | 0.94% | 700.00 | 6.58 |
| Food Source International | 2,103.85 | 2.40% | 700.00 | 16.80 |
| Shamrock Foods Company | 4,142.03 | 4.73% | 700.00 | 33.11 |
| Your Paper Source | 968.22 | 1.10% | 700.00 | 7.70 |
| **TOTALS** | **$87,633.52** | **100.00%** | | **$700.00** |