Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In Re:

The Village Baker LLC

Debtors.

In Proceedings Under
Chapter 11

Case No. 10-15063 RTB

ORDER APPROVING FIRST
APPLICATION FOR INTERIM
PAYMENT AND COMPENSATION
OF ATTORNEY FEES AND COSTS

This matter comes before the Court on the First Application for Payment and Compensation of Attorney Fees and Costs, filed on August 19, 2011 by the Applicant, Allan D. NewDelman, P.C. The Court further noting that the Application was properly noticed out to all creditors and parties of interest, and that no objections were filed. The Court noting that good cause having been shown and the Court having been otherwise sufficiently advised;

IT IS HEREBY ORDERED that the First Application for Compensation of Attorney Fees in the amount of $10,855.12 is APPROVED, provided that the payment will not prejudice Claimants of equal or higher priority. The total amount awarded to the Applicant is $3,355.12 ($10,855.12 less retainer paid in the amount of $7,500.00).

SIGNED AND DATED ABOVE.