## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                    )   CASE NO.  10-15063 RTBP
                                          )
                                          )   CH. 11 POST CONFIRMATION REPORT
THE VILLAGE BAKER LLC                     )
                                          )   __X__  QUARTERLY        ____  FINAL
                                          )        (PLEASE CHECK)
                                          )   QUARTER ENDING:  ___September 2011___
                                          )
_____Debtor(s)_____       )   DATE PLAN CONFIRMED: 7/27/11

**SUMMARY OF DISBURSEMENTS:**

A. Disbursements made under the plan, for current quarter:       $ _____4070.00_____

B. Disbursements not under the plan, for current quarter:        $____147371.23____

                              **Total Disbursements**            $____151441.23____

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

PLEASE ANSWER THE FOLLOWING:

1.      What are your projections as to your ability to comply with the terms of the plan?

        It is our projection that we can comply with the terms of the plan.

2.      Please describe any factors which may materially affect your ability to obtain a final decree.

        Nothing at this time.

        _____

        _____

3.      If plan payments have not yet begun, please indicate the date that the first plan payment is due.

        _____

        _____

**SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:**

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ 0.00 | $ 0.00 | $ |
| 2. Fee for Attorney for Trustee | $ | $ | $ |
| 3. Fee for Attorney for Debtor | $ 800.00 | $ | $ |
| 4. Other Professionals | $ | $ | $ |
| 5. All Expenses, Including Disbursing Agent's | $ | $ | $ |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ 1770.00 | $ 1770.00 | $ |
| 7. Priority Creditors | $ 700.00 | $ 700.00 | $ |
| 8. Unsecured Creditors | $ 800.00 | $ 800.00 | $ |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
| _____ | $ | $ | $ |
| _____ | $ | $ | $ |
| **TOTAL PLAN DISBURSEMENTS** | $ 4070.00 | $ 4070.00 | $ |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan _____ 0.00 _____ %


**SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:**

|  | Description of Property |
|---|---|
| Secured Creditors | _____ |
| Priority Creditors | _____ |
| Unsecured Creditors | _____ |
| Equity Security Holders | _____ |

Other Transfers- Specify class of Transferee

_____     _____

_____     _____

2

**CONSUMMATION OF PLAN:**

**If this is a final report, has an application for Final Decree been submitted?**

_____ **Yes** **Date application was submitted?**

_____ **No** **Date when application will be submitted**

**Estimated Date of Final Payment Under Plan** _____ **July 2016** \_\_\_\_\_

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

**SIGNED:** \_\_\_\_**Richard V. Heenan**_____**DATE:**<u>10/14/11</u>

\_\_\_\_**Richard V. Heenan**_____
**(PRINT NAME)**