# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. 10-15063 RTBP  *Amended*
)
) CH. 11 POST CONFIRMATION REPORT
THE VILLAGE BAKER LLC )
) ☒ QUARTERLY    ☒ FINAL
)    (PLEASE CHECK)
)
) QUARTER ENDING: September 2011
)
_____ Debtor(s) ) DATE PLAN CONFIRMED: 7/27/11

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:    $    4070.00

B. Disbursements not under the plan, for current quarter:    $    147371.23

                        Total Disbursements    $    151441.23

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

    It is our projection that we can comply with the terms of the plan.

2. Please describe any factors which may materially affect your ability to obtain a final decree.

    Nothing at this time.

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ 0.00 | $ 0.00 | $ |
| 2. Fee for Attorney for Trustee | $ | $ | $ |
| 3. Fee for Attorney for Debtor | $ 800.00 | $ | $ |
| 4. Other Professionals | $ | $ | $ |
| 5. All Expenses, Including Disbursing Agent's | $ | $ | $ |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ 1770.00 | $ 1770.00 | $ |
| 7. Priority Creditors | $ 700.00 | $ 700.00 | $ |
| 8. Unsecured Creditors | $ 800.00 | $ 800.00 | $ |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
|  | $ | $ | $ |
|  | $ | $ | $ |
| **TOTAL PLAN DISBURSEMENTS** | $ 4070.00 | $ 4070.00 | $ |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan     0.00  %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

**Description of Property**

Secured Creditors _____

Priority Creditors _____

Unsecured Creditors _____

Equity Security Holders _____

Other Transfers- Specify class of Transferee

_____  _____

_____  _____

2

## CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

_____ Yes  Date application was submitted?

_____ No  Date when application will be submitted

Estimated Date of Final Payment Under Plan _____July 2016\_\_\_\_\_

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

SIGNED:    __Richard V. Heenan__                                              DATE: 10/14/11

          __Richard V. Heenan_____
               (PRINT NAME)