Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Proceedings Under |
| ) | Chapter 11 |
| The Village Baker LLC ) | |
| ) | Case No. 10-15063 RTB |
| ) | |
| ) | APPLICATION FOR FINAL DECREE |
| ) | AND ORDER CLOSING CASE |
| Debtor ) | |

Comes now the Debtor, The Village Baker LLC, by and through counsel Allan D. NewDelman, P.C. to move this Court for a final decree and order closing Chapter 11 Case as follows:

1.

Debtor filed the above captioned case on May 17, 2010.

2.

The Debtor filed its Disclosure Statement and Chapter 11 Plan of Reorganization on March 4, 2011. The Disclosure Statements was conditionally approved on March 8, 2011. The Chapter 11 Plan of Reorganization was confirmed on July 26, 2011.

3.

The matters are being administered and Debtor has made all payments required to be made

pursuant to the Plans of Reorganization. A copy of the Final Operating Report is attached hereto as Exhibit "A".

WHEREFORE, it is respectfully requested that the Court enter a final decree and order closing cases.

Respectfully submitted this 20th day of October, 2011.

ALLAN D. NEWDELMAN, P.C.

By /s/ Allan D. NewDelman
Attorney for Debtor

Copy of the foregoing
mailed this 20th day of
October, 2011, to:

Larry Lee Watson, Esquire
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003

/s/ R. Scott Graves
R. Scott Graves
Paralegal

# EXHIBIT "A"



**Other:**

2:10-bk-15063-RTBP THE VILLAGE BAKER LLC
Type: bk                         Chapter: 11 v                    Office: 2 (Phoenix)
Assets: y                        Judge: RTBP                      Case Flag: PlanConfirmed

## U.S. Bankruptcy Court

### District of Arizona

Notice of Electronic Filing

The following transaction was received from ALLAN 3 NEWDELMAN entered on 10/18/2011 at 2:54 PM AZ and filed on 10/18/2011
**Case Name:**       THE VILLAGE BAKER LLC
**Case Number:**   2:10-bk-15063-RTBP
**Document Number:** 110

**Docket Text:**
Post-Confirmation Report. *Final Post Confirmation Report* filed by ALLAN 3 NEWDELMAN of ALLAN D NEWDELMAN PC on behalf of THE VILLAGE BAKER LLC. Post-Confirmation Report due by 10/18/2011, (NEWDELMAN, ALLAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\Common\Clients\Chapter 11\The Village Baker LLC\MOR\Final.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=875559564 [Date=10/18/2011] [FileNumber=24067610-0] [88f853ed1b5a8b17b326df08553672bedbef120e1fce3ca3d4e230ec20ec8524d2 13eae8e60c64ce823bc55b0cf98e1182da94ffef8dd3f259cb320682a4dd8e]]

**2:10-bk-15063-RTBP Notice will be electronically mailed to:**

BRYAN WAYNE GOODMAN on behalf of Creditor Direct Capital Corporation
bwg@JHC-law.com, ls@jhc-law.com

ALLAN 3 NEWDELMAN on behalf of Debtor THE VILLAGE BAKER LLC
anewdelman@qwestoffice.net

ALLAN D. NEWDELMAN on behalf of Debtor THE VILLAGE BAKER LLC
anewdelman@qwestoffice.net, sgraves@qwestoffice.net

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV
**2:10-bk-15063-RTBP Notice will not be electronically mailed to:**

-->

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:  ) CASE NO. 10-15063 RTBP  *Amended*
        )
        ) CH. 11 POST CONFIRMATION REPORT
THE VILLAGE BAKER LLC )
        ) ☒ QUARTERLY   ☒ FINAL
        )    (PLEASE CHECK)
        )
        ) QUARTER ENDING: September 2011
        )
_____Debtor(s)_____) DATE PLAN CONFIRMED: 7/27/11

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:     $ _____4070.00_____

B. Disbursements not under the plan, for current quarter:      $_____147371.23_____

                            Total Disbursements                $_____151441.23_____

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

   It is our projection that we can comply with the terms of the plan.

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   Nothing at this time.

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE A PAPER COPY WITH U.S. TRUSTEE'S OFFICE

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ 0.00 | $ 0.00 | $ |
| 2. Fee for Attorney for Trustee | $ | $ | $ |
| 3. Fee for Attorney for Debtor | $ 800.00 | $ | $ |
| 4. Other Professionals | $ | $ | $ |
| 5. All Expenses, Including Disbursing Agent's | $ | $ | $ |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ 1770.00 | $ 1770.00 | $ |
| 7. Priority Creditors | $ 700.00 | $ 700.00 | $ |
| 8. Unsecured Creditors | $ 800.00 | $ 800.00 | $ |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
| | $ | $ | $ |
| | $ | $ | $ |
| **TOTAL PLAN DISBURSEMENTS** | $ 4070.00 | $ 4070.00 | $ |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan _____0.00_____ %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

**Description of Property**

Secured Creditors _____

Priority Creditors _____

Unsecured Creditors _____

Equity Security Holders _____

Other Transfers- Specify class of Transferee

_____ _____

_____ _____

2

**CONSUMMATION OF PLAN:**

**If this is a final report, has an application for Final Decree been submitted?**

_____ Yes   **Date application was submitted?**

_____ No   **Date when application will be submitted**

**Estimated Date of Final Payment Under Plan** \_\_\_\_\_ July 2016 \_\_\_\_\_

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

SIGNED:   Richard V. Heenan                                          DATE: 10/14/11

          Richard V. Heenan
              (PRINT NAME)