Allan D. NewDelman, Esq. (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE,NET
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | In Proceedings Under |
| ) | Chapter 11 |
| The Village Baker LLC ) | |
| ) | Case No. 10-15063 RTB |
| ) | |
| ) | ORDER OF FINAL DECREE |
| ) | CLOSING CASE |
| ) | |
| Debtor ) | |
| ) | |

This matter comes before the Court on the Application for Final Decree and Order Closing Case filed by the Debtor, The Village Baker LLC. The Court noting that the Application was noticed out to all creditors and parties of interest on October 19, 2011 and that the deadline to objection to the Application was 5:00 p.m. on November 10, 2011. The Court notes that no objections to the Application were filed;

IT IS ORDERED that the Debtor's Application for Final Decree is APPROVED and the case shall be closed by the Clerk of the Bankruptcy Court.

SIGNED AND DATED ABOVE