Allan D. NewDelman, Esq, (004066)
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
Telephone: (602) 264-4550
Facsimile: (602) 277-0144
Email: ANEWDELMAN@QWESTOFFICE.NET
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceeding Under Chapter 11 |
| The Village Baker, LLC | Case No. 10-15063 RTB |
| Debtors | NOTICE OF CHANGE TO DISBURSEMENT SCHEDULE A-1 ATTACHED TO ORDER CONFIRMING DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION |

Notice is hereby given that the Disbursement Schedule A-1 attached to the Order Confirming the Debtor's Chapter 11 Plan of Reorganization shall be amended pursuant to the terms of the approved Plan of Reorganization under Contested/Disputed Claims (Class 7) to add Direct Capital Corporation. Attached hereto as Exhibit "A-1" is a revised Disbursement Schedule.

DATED this 24th day of September, 2013.

ALLAN D. NEWDELMAN, P.C.

/s/ Allan D. NewDelman
Allan D. NewDelman, Esq.
Counsel for the Debtors

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | A copy of the foregoing was |
| 4 | mailed this 24th day of September, 2013, to: |
| 5 | |
| 6 | Office of the U.S. Trustee<br>230 North First Avenue |
| 7 | Suite 204<br>Phoenix, AZ 85003 |
| 8 | |
| 9 | |
| 10 | /s/ LeeAnn Schwartzbauer |
| 11 | LeeAnn Schwartzbauer<br>Paralegal |

-3-

# EXHIBIT "A-1"

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
## Pro Rata Share for Unsecured Creditors in Class 6
### recap

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---:|---:|---:|---:|
| West Christensen & Associates | 7,377.50 | 6.33% | 41,265.17 | 2,612.09 |
| Bank of America, N.A. | 8,152.08 | 7.00% | 41,265.17 | 2,888.56 |
| FIA Card Services #3 | 2,535.92 | 2.18% | 41,265.17 | 899.58 |
| FIA Card Services #4 | 10,636.04 | 9.13% | 41,265.17 | 3,767.51 |
| Internal Revenue Service | 4,839.00 | 4.15% | 41,265.17 | 1,712.50 |
| Pentech Financial Services | 18,530.84 | 15.91% | 41,265.17 | 6,565.29 |
| AZ Deparment of Economic Security | 523.04 | 0.45% | 41,265.17 | 185.69 |
| Bank of America, N.A. | 27,000.00 | 23.17% | 41,265.17 | 9,561.14 |
| CAN | 825.00 | 0.71% | 41,265.17 | 292.98 |
| Food Source International | 2,103.85 | 1.81% | 41,265.17 | 746.90 |
| Shamrock Foods Company | 4,142.03 | 3.56% | 41,265.17 | 1,469.04 |
| Your Paper Source | 968.22 | 0.83% | 41,265.17 | 342.50 |
| Direct Capital Corporation* | 28,863.08 | 24.77% | 41,265.17 | 10,221.38 |
| **TOTALS** | **$116,496.60** | **100.00%** | | **$41,265.16** |

*Disputed Claim - no objection filed

# THE VILLAGE BAKER LLC
# USBC 10-15063 RTB
# Pro Rata Share for Unsecured Creditors in Class 6
# For Payments of $250.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 6.33% | 250.00 | 15.83 |
| Bank of America, N.A. | 8,152.08 | 7.00% | 250.00 | 17.50 |
| FIA Card Services #3 | 2,535.92 | 2.18% | 250.00 | 5.45 |
| FIA Card Services #4 | 10,636.04 | 9.13% | 250.00 | 22.83 |
| Internal Revenue Service | 4,839.00 | 4.15% | 250.00 | 10.38 |
| Pentech Financial Services | 18,530.84 | 15.91% | 250.00 | 39.78 |
| AZ Deparment of Economic Security | 523.04 | 0.45% | 250.00 | 1.13 |
| Bank of America, N.A. | 27,000.00 | 23.17% | 250.00 | 57.93 |
| CAN | 825.00 | 0.71% | 250.00 | 1.78 |
| Food Source International | 2,103.85 | 1.81% | 250.00 | 4.53 |
| Shamrock Foods Company | 4,142.03 | 3.56% | 250.00 | 8.90 |
| Your Paper Source | 968.22 | 0.83% | 250.00 | 2.08 |
| Direct Capital Corporation* | 28,863.08 | 24.77% | 250.00 | 61.93 |
| **TOTALS** | **$116,496.60** | **100.00%** | | **$250.05** |

*Disputed Claim - no objection filed

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $400.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 6.33% | 400.00 | 25.32 |
| Bank of America, N.A. | 8,152.08 | 7.00% | 400.00 | 28.00 |
| FIA Card Services #3 | 2,535.92 | 2.18% | 400.00 | 8.72 |
| FIA Card Services #4 | 10,636.04 | 9.13% | 400.00 | 36.52 |
| Internal Revenue Service | 4,839.00 | 4.15% | 400.00 | 16.60 |
| Pentech Financial Services | 18,530.84 | 15.91% | 400.00 | 63.64 |
| AZ Deparment of Economic Security | 523.04 | 0.45% | 400.00 | 1.80 |
| Bank of America, N.A. | 27,000.00 | 23.17% | 400.00 | 92.68 |
| CAN | 825.00 | 0.71% | 400.00 | 2.84 |
| Food Source International | 2,103.85 | 1.81% | 400.00 | 7.24 |
| Shamrock Foods Company | 4,142.03 | 3.56% | 400.00 | 14.24 |
| Your Paper Source | 968.22 | 0.83% | 400.00 | 3.32 |
| Direct Capital Corporation* | 28,863.08 | 24.77% | 400.00 | 99.08 |
| **TOTALS** | **$116,496.60** | **100.00%** | | **$400.00** |

*Disputed Claim - no objection filed

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
## Pro Rata Share for Unsecured Creditors in Class 6
## For Payments of $200.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 6.33% | 400.00 | 25.32 |
| Bank of America, N.A. | 8,152.08 | 7.00% | 400.00 | 28.00 |
| FIA Card Services #3 | 2,535.92 | 2.18% | 400.00 | 8.72 |
| FIA Card Services #4 | 10,636.04 | 9.13% | 400.00 | 36.52 |
| Internal Revenue Service | 4,839.00 | 4.15% | 400.00 | 16.60 |
| Pentech Financial Services | 18,530.84 | 15.91% | 400.00 | 63.64 |
| AZ Deparment of Economic Security | 523.04 | 0.45% | 400.00 | 1.80 |
| Bank of America, N.A. | 27,000.00 | 23.17% | 400.00 | 92.68 |
| CAN | 825.00 | 0.71% | 400.00 | 2.84 |
| Food Source International | 2,103.85 | 1.81% | 400.00 | 7.24 |
| Shamrock Foods Company | 4,142.03 | 3.56% | 400.00 | 14.24 |
| Your Paper Source | 968.22 | 0.83% | 400.00 | 3.32 |
| Direct Capital Corporation* | 28,863.08 | 24.77% | 400.00 | 99.08 |
| **TOTALS** | **$116,496.60** | **100.00%** | | **$400.00** |

*Disputed Claim - no objection filed

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
## Pro Rata Share for Unsecured Creditors in Class 6
## For Payments of $350.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 6.33% | 350.00 | 22.16 |
| Bank of America, N.A. | 8,152.08 | 7.00% | 350.00 | 24.50 |
| FIA Card Services #3 | 2,535.92 | 2.18% | 350.00 | 7.63 |
| FIA Card Services #4 | 10,636.04 | 9.13% | 350.00 | 31.96 |
| Internal Revenue Service | 4,839.00 | 4.15% | 350.00 | 14.53 |
| Pentech Financial Services | 18,530.84 | 15.91% | 350.00 | 55.69 |
| AZ Deparment of Economic Security | 523.04 | 0.45% | 350.00 | 1.58 |
| Bank of America, N.A. | 27,000.00 | 23.17% | 350.00 | 81.10 |
| CAN | 825.00 | 0.71% | 350.00 | 2.49 |
| Food Source International | 2,103.85 | 1.81% | 350.00 | 6.34 |
| Shamrock Foods Company | 4,142.03 | 3.56% | 350.00 | 12.46 |
| Your Paper Source | 968.22 | 0.83% | 350.00 | 2.91 |
| Direct Capital Corporation* | 28,863.08 | 24.77% | 350.00 | 86.70 |
| **TOTALS** | **$116,496.60** | **100.00%** | | **$350.05** |

*Disputed Claim - no objection filed

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $615.17 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 6.33% | 615.17 | 38.94 |
| Bank of America, N.A. | 8,152.08 | 7.00% | 615.17 | 43.06 |
| FIA Card Services #3 | 2,535.92 | 2.18% | 615.17 | 13.41 |
| FIA Card Services #4 | 10,636.04 | 9.13% | 615.17 | 56.17 |
| Internal Revenue Service | 4,839.00 | 4.15% | 615.17 | 25.53 |
| Pentech Financial Services | 18,530.84 | 15.91% | 615.17 | 97.87 |
| AZ Deparment of Economic Security | 523.04 | 0.45% | 615.17 | 2.77 |
| Bank of America, N.A. | 27,000.00 | 23.17% | 615.17 | 142.53 |
| CAN | 825.00 | 0.71% | 615.17 | 4.37 |
| Food Source International | 2,103.85 | 1.81% | 615.17 | 11.13 |
| Shamrock Foods Company | 4,142.03 | 3.56% | 615.17 | 21.90 |
| Your Paper Source | 968.22 | 0.83% | 615.17 | 5.11 |
| Direct Capital Corporation* | 28,863.08 | 24.77% | 615.17 | 152.38 |
| **TOTALS** | **$116,496.60** | **100.00%** | | **$615.17** |

*Disputed Claim - no objection filed

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
## Pro Rata Share for Unsecured Creditors in Class 6
## For Payments of $800.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 6.33% | 800.00 | 50.64 |
| Bank of America, N.A. | 8,152.08 | 7.00% | 800.00 | 56.00 |
| FIA Card Services #3 | 2,535.92 | 2.18% | 800.00 | 17.44 |
| FIA Card Services #4 | 10,636.04 | 9.13% | 800.00 | 73.04 |
| Internal Revenue Service | 4,839.00 | 4.15% | 800.00 | 33.20 |
| Pentech Financial Services | 18,530.84 | 15.91% | 800.00 | 127.28 |
| AZ Deparment of Economic Security | 523.04 | 0.45% | 800.00 | 3.60 |
| Bank of America, N.A. | 27,000.00 | 23.17% | 800.00 | 185.36 |
| CAN | 825.00 | 0.71% | 800.00 | 5.68 |
| Food Source International | 2,103.85 | 1.81% | 800.00 | 14.48 |
| Shamrock Foods Company | 4,142.03 | 3.56% | 800.00 | 28.48 |
| Your Paper Source | 968.22 | 0.83% | 800.00 | 6.64 |
| Direct Capital Corporation* | 28,863.08 | 24.77% | 800.00 | 198.16 |
| **TOTALS** | **$116,496.60** | **100.00%** | | **$800.00** |

*Disputed Claim - no objection filed

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $1,635.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 6.33% | 1,635.00 | 103.50 |
| Bank of America, N.A. | 8,152.08 | 7.00% | 1,635.00 | 114.45 |
| FIA Card Services #3 | 2,535.92 | 2.18% | 1,635.00 | 35.64 |
| FIA Card Services #4 | 10,636.04 | 9.13% | 1,635.00 | 149.28 |
| Internal Revenue Service | 4,839.00 | 4.15% | 1,635.00 | 67.85 |
| Pentech Financial Services | 18,530.84 | 15.91% | 1,635.00 | 260.13 |
| AZ Deparment of Economic Security | 523.04 | 0.45% | 1,635.00 | 7.36 |
| Bank of America, N.A. | 27,000.00 | 23.17% | 1,635.00 | 378.83 |
| CAN | 825.00 | 0.71% | 1,635.00 | 11.61 |
| Food Source International | 2,103.85 | 1.81% | 1,635.00 | 29.59 |
| Shamrock Foods Company | 4,142.03 | 3.56% | 1,635.00 | 58.21 |
| Your Paper Source | 968.22 | 0.83% | 1,635.00 | 13.57 |
| Direct Capital Corporation* | 28,863.08 | 24.77% | 1,635.00 | 404.99 |
| **TOTALS** | **$116,496.60** | **100.00%** | | **$1,635.01** |

*Disputed Claim - no objection filed

# THE VILLAGE BAKER LLC
## USBC 10-15063 RTB
### Pro Rata Share for Unsecured Creditors in Class 6
### For Payments of $700.00 per Month

| Creditor Name | Amount of Claim | Percentage of Total Claim | Monthly Payment | Amount to be Paid |
|---|---|---|---|---|
| West Christensen & Associates | 7,377.50 | 6.33% | 700.00 | 44.31 |
| Bank of America, N.A. | 8,152.08 | 7.00% | 700.00 | 49.00 |
| FIA Card Services #3 | 2,535.92 | 2.18% | 700.00 | 15.26 |
| FIA Card Services #4 | 10,636.04 | 9.13% | 700.00 | 63.91 |
| Internal Revenue Service | 4,839.00 | 4.15% | 700.00 | 29.05 |
| Pentech Financial Services | 18,530.84 | 15.91% | 700.00 | 111.37 |
| AZ Deparment of Economic Security | 523.04 | 0.45% | 700.00 | 3.15 |
| Bank of America, N.A. | 27,000.00 | 23.17% | 700.00 | 162.19 |
| CAN | 825.00 | 0.71% | 700.00 | 4.97 |
| Food Source International | 2,103.85 | 1.81% | 700.00 | 12.67 |
| Shamrock Foods Company | 4,142.03 | 3.56% | 700.00 | 24.92 |
| Your Paper Source | 968.22 | 0.83% | 700.00 | 5.81 |
| Direct Capital Corporation* | 28,863.08 | 24.77% | 700.00 | 173.39 |
| **TOTALS** | **$116,496.60** | **100.00%** | | **$700.00** |

*Disputed Claim - no objection filed